JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

# B-01-063

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Adriana C. Iduarte, et al | Benito Perez Hernandez, Transportes Lopez-Ochoa, and Yvania Lopez Avila |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED. |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Jerry J. Trevino, Law Offices of Jerry J. Trevino, 1125 South Port Avenue, Corpus Christi, Texas 78405 512/882-5605 | ATTORNEYS (IF KNOWN)<br>Steven Jansma, Terence Davis, Fulbright & Jaworski L.L.P., 300 Convent Street, Suite 2200, San Antonio, Texas 78205; 210/224-5575 |

## II. BASIS OF JURISDICTION *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

*(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(PLACE AN "X" IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☒ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury – Med. Malpractice<br>☐ 365 Personal Injury – Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br><br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act. | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 rai (405(G))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

## V. ORIGIN *(PLACE AN "X" IN ONE BOX ONLY)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (Specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Diversity 28 U.S.C. § 1441

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions): NONE

JUDGE _____   DOCKET NUMBER _____

DATE  04/25/01

SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

#30038978v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

ADRIANA C. IDUARTE,           §
INDIVIDUALLY AND AS NEXT      §
OF ADRIANA IDUARTE AND THALIA §
IDUARTE, MINORS, MARBELIA     §
MARTINEZ, INDIVIDUALLY AND AS §
NEXT FRIEND OF MARIO MARTINEZ §
AND AARON MARTINEZ, MINORS,   §
MARTHA LEAL AS NEXT FRIEND OF §
CINDY LEAL, BLANCA E. LEAL AS §
NEXT FRIEND OF RICK LEAL,     §
A MINOR, AND IAN FILIP SILVA AS §
NEXT FRIEND OF IAN FILIP SILVA, §
JR., A MINOR.                 §
                             §   B-01-063
                             §   C.A. NO._____
VS.                          §
                             §
BENITO PEREZ HERNANDEZ,       §
TRANSPORTES LOPEZ-OCHOA, AND  §
YVANIA LOPEZ AVILA            §

SUPPLEMENT TO JS 44 CIVIL COVER SHEET

Was Jury Demand Made in State Court?    ___X___ Yes          _____No

    If "Yes," by which party, and on what date?


____Plaintiffs_____          ___March 22, 2001_____
Party                                Date

## STYLE OF ORIGINAL PETITION

Party                                             Attorney(s)

Adriana C. Iduarte, Individually                  Jerry J. Trevino
and as Next Friend of Adriana                     SBN: 20211228
Iduarte and Thalia Iduarte, Minors,               Law Offices of Jerry J. Trevino
Marbelia Martinez, Individually                   1125 South Port Avenue
and as Next Friend of Mario Martinez              Corpus Christi, Texas 78405
and Aaron Martinez, Minors, Martha                Telephone: 512/882-5605
Leal, as Next Friend of Cindy Leal,               Telecopier: 512/882-8355
Blanca E. Leal as Next Friend of Rick
Leal, a Minor, and Ian Filip Silva as
Next friend of Ian Filip Silva, Jr., a Minor

Benito Perez Hernandez, Transportes               Steven D. Jansma
Lopez-Ochoa, and Yvania Lopez                     Federal ID No. 16114
Avila                                             SBN: 00784322
                                                  Terence Davis
                                                  SBN: 24028278
                                                  Federal I.D. 28072
                                                  Fulbright & Jaworski LLP
                                                  300 Convent Street, Suite 2200
                                                  San Antonio, Texas 78205
                                                  Telephone: 210/224-5575
                                                  Telecopier: 210/270-7205

## COUNTERCLAIMS, CROSSCLAIMS AND/OR THIRD PARTY CLAIMS

Party                                             Attorney(s)

NONE

_____ 0 4/25/0 /
Date

_____
Signature of Attorney of Record
for Removing Party

#30032805v1<

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ADRIANA C. IDUARTE,                      §
INDIVIDUALLY AND AS NEXT                 §
OF ADRIANA IDUARTE AND THALIA            §
IDUARTE, MINORS, MARBELIA                §
MARTINEZ, INDIVIDUALLY AND AS            §
NEXT FRIEND OF MARIO MARTINEZ            §
AND AARON MARTINEZ, MINORS,              §
MARTHA LEAL AS NEXT FRIEND OF            §
CINDY LEAL, BLANCA E. LEAL AS            §
NEXT FRIEND OF RICK LEAL,                §
A MINOR, AND IAN FILIP SILVA AS          §
NEXT FRIEND OF IAN FILIP SILVA,          §
JR., A MINOR.                            §
                                         §        B-01-063
VS.                                      §   C.A. NO._____
                                         §
BENITO PEREZ HERNANDEZ,                  §
TRANSPORTES LOPEZ-OCHOA, AND             §
YVANIA LOPEZ AVILA                       §

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE AND CLERK OF SAID COURT:

Pursuant to 28 U.S.C. §1441(a) and expressly reserving all rights to otherwise respond to

this lawsuit, Defendants BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA,

AND YVANIA LOPEZ AVILA ("Defendants") file this Notice of Removal of Cause No. 2001-

03-1423A, *Adriana C. Iduarte, et al. vs. Benito Perez Hernandez, Tranportes Lopez-Ochoa, and*

*Yvania Lopez Avila* (the "Lawsuit"), in the 107th Judicial District Court, Cameron County,

Texas, to the United States District Court for the Southern District of Texas, BROWNSVILLE

DIVISION, and in support thereof would respectfully show unto the Court the following:

1.     On or about March 22, 2001, Plaintiffs filed their Original Petition ("Complaint") in the Lawsuit against Defendants in the 107th Judicial District Court of Cameron County, Texas, under Cause. 2001-03-1423A.  A copy of the Summons, Complaint, Return of Service and State Court's Civil Docket are is attached hereto as Exhibit A for reference purposes only. Defendants' answer to this complaint, which was filed in State Court, is attached hereto as Exhibit B for reference only.

2.     At the time this action was commenced, Plaintiffs admit they are residents of Brownsville, Cameron County, Texas.

3.     Defendant BENITO PEREZ HERNANDEZ is now and was at the time of the commencement of this action a non-resident of Texas who resides in Matamaros, Tamps., Mexico.

4.     Defendant TRANSPORTES LOPEZ-OCHOA is now and was at the time of the commencement of this action a foreign corporation and non-resident of Texas, whose principal place of business is in Matamaros, Tamps., Mexico.

5.     Defendant IVANIA LOPEZ AVILA is now and was at the time of the commencement of this action a non-resident of Texas who resides in Matamaros, Tamps., Mexico.

6.     This Court has diversity jurisdiction over this action under 28 U.S.C. §1332.  This action is between citizens of different states and the amount in controversy is in excess of $75,000.00, exclusive of attorneys' fees, costs and interest.

7.     This Notice is timely filed pursuant to 28 U.S.C. §1446(b).  Defendant has filed this Notice of Removal within thirty (30) days of its receipt of a copy of the Complaint and Summons.

8.     Upon filing this Notice of Removal, Defendant will provide written notification to Plaintiffs and will file a Notice of Filing Removal (including a copy of this Notice of Removal) with the Clerk of the District Courts for Cameron County, Texas.   A copy of said Notice of Filing Removal accompanies this Notice of Removal.

9.     True copies of all process, pleadings and orders filed in the Lawsuit are being filed with this Notice.

WHEREFORE, Defendants respectfully notify the Court and all interested parties that the Lawsuit now pending in the 107th Judicial District Court of Cameron County, Texas, as described herein, is removed hereby to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed this 25th day of April, 2001.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

Steven Jansma
State Bar No. 00784322
Federal I.D. 16114
Terence Davis
State Bar No. 24028278
Federal I.D. 28072
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  210/224-5575
Telecopier:  210/270-7205

ATTORNEYS FOR DEFENDANTS

30031784v1/10103436

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on April 25, 2001.

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405

Steven D. Jansma

30031784v1/10103436

# EXHIBIT A

CVisPDF – www.fastio.com

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

CASE NO. 2001-03-001423-A

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | MONTH | DAY | YEAR |
|---|---|---|---|---|---|
| ADRIANA C. IDUARTE, ET AL. VS BENITO PEREZ HERNANDEZ, ET AL. | 00221101 JERRY J. TREVINO 1125 S. PORT CORPUS CHRISTI, TEXAS 78405 0000 | (01) PERSONAL INJURY/ AUTO | 03 | 22 | 01 |

DATE OF FILING

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

PAID BY

JURY

RUN DATE 04/25/01
RUN TIME 2:51 PM

PAGE: 01

2001-03-001423-A

* * *  C L E R K ' S   E N T R I E S  * * *

ADRIANA C. IDUARTE, ET AL

VS

BENITO PEREZ HERNANDEZ, ET AL

00221101
JERRY J. TREVINO
1125 S. PORT
CORPUS CHRISTI, TEXAS  78405 0000

(01)          03    22    01

PERSONAL INJURY/ AUTO

30.00

LAW OFFICE OF
JERRY J. TREVINO

03/22/01  ORIGINAL PETITION FILED
03/22/01  JURY FEE: Pd. by JERRY J. TREVINO
03/28/01  CITATION: TRANSPORTES LOPEZ-OCHOA
03/28/01      SERVED: 04/12/01        FILED: 04/17/01
03/28/01  CITATION (CM): TRANSPORTES LOPEZ-OCHOA
03/28/01      SERVED: 04/02/01        FILED: 04/06/01
03/28/01  CITATION (CM): BENITO PEREZ HERNANDEZ
03/28/01      SERVED: 04/04/01        FILED: 04/09/01
03/28/01  CITATION (CM): TRANSPORTES LOPEZ-OCHOA
03/28/01      SERVED: 04/04/01        FILED: 04/09/01
03/28/01  CITATION (CM): YVANIA LOPEZ AVILA
03/28/01      SERVED: 04/04/01        FILED: 04/09/01

**CAUSE NUMBER 2001-03--001423-A**
**\*\*\*\*\*\*\***

| | | |
|---|---|---|
| ADRIANA C. IRUARTE, ET AL | § | IN THE 107TH JUDICIAL |
| PLAINTIFFS | § | |
| VS | § | DISTRICT COURT |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL | § | CAMERON COUNTY, TEXAS |
| DEFENDANTS | § | |

## AFFIDAVIT

BEFORE ME, THE UNDERSIGNED, AUTHORITY, on this day personally appeared, George L. Wilhite, after being by first duly sworn, on his oath says:

"My name is George L. Wilhite, I am a private process server associated with, George L. Wilhite Legal Support Services, with a business address of 1162 Fairways, Harlingen, Texas 78552

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am an adult over the age of eighteen(18) years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turitude and am comptent to make this oath. I am able to perform the service of citation and correctly pursuant to the Texas Rules Of Civil Procedure, Rule 103."

DELIVERED TO TRANSPORTES LOPEZ--OCHOA, by delivering to
SERGIO T. LOPEZ, 5801 FOUST RD.
PORT OF BROWNSVILLE, TEXAS 78521

DATE OF DELIVERY 12TH APRIL, 2001, 10:10 A.M.

*George L Wilhite*
AFFIANT

FILED 2:20 O'CLOCK M
AURORA DE LA GARZA DIST. CLERK
APR 17 2001

STATE OF TEXAS
SUBSCRIBED and sworn to before me by the said affiant on this 17TH APRIL, 2001

OLGA GONZALEZ
MY COMMISSION EXPIRES
November 25, 2001

*Olga Gonzalez*
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 12 of 40

**Citation for Personal Service  - GENERAL**          **Lit. Seq. # 5.007.01**

**No. 2001-03-001423-A**

**T H E   S T A T E   O F   T E X A S**          **ORIGINAL**

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **TRANSPORTES LOPEZ-OCHOA**
**BY SERVING AGENT FOR SERVICE**
**SERGIO LOPEZ OCHOA, AT**
**2993 N. INDIAN, STE 3**
**BROWNSVILLE, CAMERON COUNTY, TEXAS**

the          **DEFENDANT**          , GREETING:

You are commanded to appear by filing a written answer to the

**PLAINTIFFS ORIGINAL PETITION**

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court **107th** Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said          **PETITION**          was filed on **MARCH 22, 2001** .  A copy of same accompanies this citation.

The file number of said suit being No. **2001-03-001423-A.**

The style of the case is:

**ADRIANA C. IDUARTE, ET AL**
**VS**
**BENITO PEREZ HERNANDEZ, ET AL**

Said petition was filed in said court by          **JERRY J. TREVINO**
(Attorney for          **PLAINTIFF**          ), whose address is
**1125 S. PORT CORPUS CHRISTI, TEXAS  78405**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the **28th** day of **MARCH**   , A.D. **2001.**

**AURORA DE LA GARZA**          , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By:          , Deputy

R E T U R N   O F   O F F I C E R

Came to hand the _5th_ day of _April_ , _2001_ , at _2:50_ o'clock _P_.M., and
executed (~~not executed~~) on the _12th_ day of _April_ , _2001_ , by delivering to
_Transportes Lopez Ochoa by delivering to_
_ergio F. Lopez, Jr., at 580 Street Q,_ in person a true copy of this Citation,
_Port of Brownsville, TX 78521_
upon which I endorsed the date of delivery, together with the accompanying copy
of the _Plaintiffs Original Petition_ .

Cause of failure to execute this citation is: _____

FEES serving 1 copy                         _George L. Wickte_
Total....... $ _60.00_          Sheriff/~~constable~~ _Cameron_  County, TEXAS
Fees paid by: _Hon Becky G. Trevino_     By _George L Wickte_           ~~Deputy~~

FILED _12:00_ O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK
APR 17 2001
DISTRICT CLERK OF CAMERON COUNTY, TEXAS
DEPUTY

_Ricy M. Tompot_

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 14 of 40

No Transmission Information available in on line [0] for BH01954 Print   4/25/2001   15:31 * Pg 8/32
APR. 25. 2001  3:26PM   RODRIGUEZ, COLVIN & CHANEY, LLP                NO. 8457   P. 8
UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

03/28/01
2001-03-1423-A

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED ____ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

APR - 9 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

Z 207 153 686

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Sent to
JOHN W. JOHNSON
Street & Number
125 E. 11TH ST.
Post Office, State, & ZIP Code
AUSTIN, TEXAS 78701

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | 2001-03-1423-A 03/28/01 |

PS Form 3800, April 1995

No Transmission Informatior ⁀ilable  in  on line [0] for BH01954 Print  ⌐4/25/2001  15:31 * Pg 9/32
APR. 25. 2001  3:26PM  ..DRIGUEZ, COLVIN & CHANEY, LLP  NO. 8457  P. 9

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JOHN W. JOHNSON**
**125  E.  11TH ST.**
**AUSTIN, TX 78701**

**Z 207 153 686**

2. Article Number (Copy from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   **Eddie Brown**   ☐ Agent
**Texas Department of Transport**☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address on the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.   102595-99-M-2444

**Citation for Personal Service  - BY CERTIFIED MAIL**      Lit. Seq. # 5.006.01

## No. 2001-03-001423-A             ORIGINAL

### T H E   S T A T E   O F   T E X A S

        NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you.

TO: BENITO PEREZ HERNANDEZ
    BY SERVING THE CHAIRMAN OF THE
    TEXAS DEPT. OF TRANSPORTATION
    COMMISSION, JOHN W. JOHNSON,
    125 E. 11TH STREET,
    AUSTIN, TRAVIS COUNTY, TEXAS 78701
the          DEFENDANT      ,  GREETING:

        You are commanded to appear by filing a written answer to the

PLAINTISFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable District
Court 107th Judicial District of Cameron County, Texas at the Courthouse of said
county in Brownsville, Texas.  Said          PETITION          was filed on
  MARCH 22, 2001  .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001423-A.

The style of the case is:

                ADRIANA C. IDUARTE, ET AL
                        VS.
                BENITO PEREZ HERNANDEZ, ET AL

Said petition was filed in said court by          JERRY J. TREVINO
(Attorney for          PLAINTIFF          ), whose address is
1125 S. PORT CORPUS CHRISTI,TEXAS  78405                          .

        The nature of the demand is fully shown by a true and correct copy of the
Petition accompanying this citation and made a part hereof.

        The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

        Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 28th day of MARCH , A.D. 2001.

                            AURORA DE LA GARZA        , DISTRICT CLERK
                            Cameron County, Texas
                            974 E. Harrison St.
                            Brownsville, Texas 78521

                    By: _____ , Deputy

No Transmission Information  lable  in  on line [0] for BH01954 Printe  /25/2001  15:31 * Pg 11/32
APR. 25. 2001  3:26PM     .RIGUEZ, COLVIN & CHANEY, LLP                    NO. 8457   P. 11

| **ATTACH RETURN RECEIPTS WITH**<br>**ADDRESSEE'S SIGNATURE** | **CERTIFICATE OF DELIVERY OF MAIL** |
|---|---|

**ATTACH RETURN RECEIPTS WITH**
**ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2):  The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

NAME OF PREPARER

ADDRESS

CITY                STATE

**CERTIFICATE OF DELIVERY OF MAIL**

I hereby certify that on the <u>28th</u> of

<u>MARCH   2001</u>,  I mailed to

<u>BENITO PEREZ HERNANDEZ</u>

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO.  <u>Z207153686</u>

RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>   , District Clerk
Cameron County, Texas

By: _____, Deputy

UNITED STATES POSTAL SERVICE

2001-03-1423-A
03/28/01

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED _____ 9:00 ____ O'CLOCK ____ M
AURORA DE LA GARZA DIST. CLERK

APR - 9 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

19

Z 207 335 090

**US Postal Service**
## Receipt for Certified Mail
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to
JOHN W. JOHNSON

Street & Number
125 E. 11TH ST.

Post Office, State, & ZIP Code
AUSTIN, TX 78701

| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |

Postmark or Date
2001-03-1423-A
03/28/01

PS Form 3800, April 1995

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 19 of 40

No Transmission Information    lable   in  on Line [0] for BH01954 Printe   '25/2001  15:31 * Pg 13/32
APR. 25. 2001  3:27PM   RODRIGUEZ, COLVIN & CHANEY, LLP                       NO. 8457   P. 13

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature | |
| | X                         ☐ Agent<br>☐ Addressee | |
| 1. Article Addressed to: | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| **JOHN W. JOHNSON**<br>**125 E. 11TH ST.**<br>**AUSTIN, TX 78701** | | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| **Z 207 335 090** | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)* | | |

PS Form 3811, July 1999                    Domestic Return Receipt                    102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.

102595-99-N-2044

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.008.01

## No. 2001-03-001423-A

### THE STATE OF TEXAS    ORIGINAL

**NOTICE TO DEFENDANT:** You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: YVANIA LOPEZ AVILA
BY SERVING THE CHAIRMAN OF THE
TEXAS DEPT. OF TRANSPORTATION
COMMISSION, JOHN W. JOHNSON,
125 E. 11TH STREET,
AUSTIN, TRAVIS COUNTY, TEXAS 78701
the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the.

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said        PETITION        was filed on MARCH 22, 2001  .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001423-A.

The style of the case is:

ADRIANA C. IDUARTE, ET AL
VS.
BENITO PEREZ HERNANDEZ, ET AL

Said petition was filed in said court by        JERRY J. TREVINO
(Attorney for        PLAINTIFF        ), whose address is
1125 S. PORT CORPUS CHRISTI, TEXAS  78405        .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of MARCH, 2001.

AURORA DE LA GARZA      , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas  78521
By:                                    , Deputy

**CERTIFICATE OF DELIVERY OF MAIL**

| **ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE** | I hereby certify that on the <u>28th</u> of |
|---|---|

**ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE**

I hereby certify that on the <u>28th</u> of

<u>MARCH</u>  <u>2001</u>,  I mailed to

<u>YVANIA LOPEZ AVILA</u>

**Rule 106 (a)(2):**  The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

**Sec. 17.027,** Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO.  <u>Z207335090</u>

RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

NAME OF PREPARER          TITLE

ADDRESS                                  <u>AURORA DE LA GARZA</u>   , District Clerk
                                                   Cameron County, Texas

CITY          STATE        ZIP          <u>Eloisa B. Dewerfe</u>   , Deputy

UNITED STATES POSTAL SERVICE

03/28/01
2001-03-1423-A

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED 4:00 O'CLOCK A M

APR 0 6 2001

..ST CLERK

Rosie Sotelo

Rosie Sotelo          DEPUTY

CAM'T, TEXAS

---

Z 403 375 619

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| **JOHN W. JOHNSON** | |
| Street & Number **125 E. 11TH ST** | |
| Post Office, State, & ZIP Code **AUSTIN, TX 78701** | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date 03/28/01 2001-03-1423-A | |

PS Form 3800, April 1995

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)    B. Date of Delivery  4/2/01<br><br>C. Signature<br>X _John Tyesus_    ☒ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |

1. Article Addressed to:

   **JOHN JOHNSON
   125 E. 11TH ST.
   AUSTIN, TX 78701**

   **Z 403 375 619**

2. Article Number (Copy from service label)

| | 3. Service Type |
|---|---|
| | XX ☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address, leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.

102595-97-B-0145

CPSPDF - www.fastio.com

Citation for Personal Service  - BY CERTIFIED MAIL   Lit. Seq. # 5.007.01

### No. 2001-03-001423-A

## THE STATE OF TEXAS   ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: TRANSPORTES LOPEZ-OCHOA
BY SERVING THE CHAIRMAN OF THE
TEXAS DEPT. OF TRANSPORTATION
COMMISSION, JOHN W. JOHNSON,
125 E. 11TH STREET,
AUSTIN, TRAVIS COUNTY, TEXAS 78701
the      DEFENDANT      , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said        PETITION        was filed on MARCH 22, 2001   .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001423-A.

The style of the case is:

ADRIANA C. IDUARTE, ET AL
VS.
BENITO PEREZ HERNANDEZ, ET AL

Said petition was filed in said court by        JERRY J. TREVINO
(Attorney for        PLAINTIFF        ), whose address is
1125 S. PORT CORPUS CHRISTI,TEXAS  78405                        .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 28th day of        , A.D. 2001.

AURORA DE LA GARZA        , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By:        Eloisa B. Barreripor        , Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

**CERTIFICATE OF DELIVERY OF MAIL**

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | I hereby certify that on the **28th** of |

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

**MARCH  2001**,  I mailed to

**TRANSPORTES LOPEZ-OCHOA**

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.   Z403375619

RETURN RECEIPT REQUESTED
RESTRICTED TO ADDRESSEE ONLY

| NAME OF PREPARER | TITLE |
|---|---|

| ADDRESS | | AURORA DE LA GARZA        , District Clerk |

Cameron County, Texas

| CITY | STATE | DATE | BY _Felicia B. Barrera_            , Deputy |

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 26 of 40

JOHN JOHNSON                                    Date 03/21,      Check No. 7593 007593

| Invoice No. | Amount | Discount | Net Due |
|-------------|--------|----------|---------|
| JJOHNSON | 75.00 | 0.00 | 75.00 |
| Total = | 75.00 | 0.00 | 75.00 |

---

**LAW OFFICE OF JERRY J. TREVINO, P.C.**
OPERATING ACCOUNT
1125 S. PORT  PH. 882-5605
CORPUS CHRISTI, TX 78405

**NUECES NATIONAL BANK**
Still Caring About Your Future Today!
1434 S. Port 78405 • P.O. Box 5588
Corpus Christi, TX 78465-5588

88-410
1149

CHECK NO.

007593
7593

\*\*\*\*\* Seventy Five Dollars and No Cents

DATE                    AMOUNT

03/21/01        $\*\*\*\*\*\*\*\*\*75.00

PAY TO THE ORDER OF

JOHN JOHNSON
125 E. 11TH STREET
AUSTIN, TEXAS 78701
RE: ADRIANA IDUARTE/CERT.SERVICE

⑴"007593" ⑴:111490410 2⑴  9 2⑴ 278 1⑴⑴⑴

LAW OFFICE OF JERRY J. TREVINO, P.C.                    007593

REORDER FORM NO. 800 ... ... ...RT

CitePDF - www.texto.com

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 27 of 40

CAUSE NO. *2001-03-1123-A*

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR | § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| VS. | § § | *107th* JUDICIAL DISTRICT |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA | § § § | CAMERON COUNTY, TEXAS |



## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT FRIEND OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, A MINOR, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR, hereinafter called Plaintiffs, complaining of and about BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA, hereinafter called Defendants, and for cause of action would show unto the Court the following:

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 28 of 40

No Transmission Information available in on line [0] for BH01954 Printe  /25/2001  15:31 * Pg 22/32
APR. 25. 2001  3:29PM   RODRIGUEZ, COLVIN & CHANEY, LLP                    NO. 8457   P. 22

I.

## DISCOVERY CONTROL PLAN LEVEL

Plaintiffs intend that discovery be conducted under Discovery Level 2.

II.

## PARTIES AND SERVICE

Plaintiff, ADRIANA C. IDUARTE, brings this action individually.  Plaintiff resides in Brownsville, Cameron County, Texas.

Plaintiff, ADRIANA IDUARTE, is a minor residing in Brownsville, Cameron County, Texas and Adriana C. Iduarte is her natural mother and next of friend.

Plaintiff, THALIA IDUARTE, is a minor residing in Brownsville, Cameron County, Texas and Adriana C. Iduarte is her natural mother and next of friend.

Plaintiff, MARBELIA MARTINEZ, brings this action individually.  Plaintiff resides in Brownsville, Cameron County, Texas.

Plaintiff, MARIO MARTINEZ, is a minor residing in Brownsville, Cameron County, Texas and Marbelia Martinez is his natural mother and next of friend.

Plaintiff, AARON MARTINEZ, is a minor residing in Brownsville, Cameron County, Texas and Marbelia Martinez is his natural mother and next of friend.

Plaintiff, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, is a resident of Brownsville, Cameron County, Texas.

Plaintiff, CINDY LEAL, is a minor residing in Brownsville, Cameron County, Texas and Martha Leal is her natural mother and next of friend.

Plaintiff, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., is a resident of Brownsville, Cameron County, Texas.

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 29 of 40

No Transmission Information  ilable  in  on line [O] for BH01954 Print   4/25/2001  15:31 * Pg 23/32
APR. 25. 2001  3:29PM   nODRIGUEZ, COLVIN & CHANEY, LLP                NO. 8457  P. 23

Plaintiff, IAN FILIP SILVA, JR., is a minor residing in Brownsville, Cameron County, Texas and Ian Filip Silva is his natural father and next of friend.

Defendant, BENITO PEREZ HERNANDEZ, an individual who is a non-resident of Texas, who resides at Calle Mariano Zavala, Norte No. 1 Col. Sec. 16, H. Matamoros, Tamps., Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas, 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

Defendant, TRANSPORTES LOPEZ-OCHOA, is a foreign corporation who is a non-resident of Texas, whose principal place of business is located at Camino Real #15, H. Matamaros, Tamalipas, Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

Defendant, IVANIA LOPEZ AVILA, a non-resident of Texas, whose principal place of business is located at Carr. A La Playa, KM.5, H. Matamoros, Tamps., Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas, 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

III.

### JURISDICTION & VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 30 of 40

This court has jurisdiction over the parties because Defendants are not Texas residents but do business in Texas and committed a tort in Texas and is are amenable to service by a Texas Court.

Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice & Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## IV.

## FACTS

On or about April 23, 1999, Plaintiffs, Adriana Iduarte, Thalia Iduarte, Marbelia Martinez, Mario Martinez, Aaron Martinez, Cindy Leal, Rick Leal, and Ian Filip Leal, Jr. were passengers in a 1994 white Chevrolet Geo, which was being operated by Adriana C. Iduarte. Plaintiff Adriana C. Iduarte was operating the vehicle in Brownsville, Cameron County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety and the safety of others. Plaintiffs were involved in a collision with a 1990 blue tractor truck, which was operated by Defendant, BENITO PEREZ HERNANDEZ. The collision, which was proximately caused by Defendant's negligence, occurred as follows: Plaintiffs were driving west on the 5300 block of East 14th Street when Defendant failed to control his vehicle's speed. Such failure to control the vehicle's speed caused his vehicle to strike Plaintiffs' vehicle with great force on the rear.

## V.

## NEGLIGENCE

On the occasion in question, Defendant, BENITO PEREZ HERNANDEZ, operated the vehicle in a negligent manner in that he violated the duty which he owed Plaintiffs to exercise ordinary care in the operation of the vehicle in one or more of the following particulars.

1.'     failing to maintain an assured clear distance between Plaintiff's vehicle and Defendant's vehicle;

2.   In failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

3.   In driving his vehicle at a rate of speed, which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

4.   In failing to control his vehicle in order to avoid hitting Plaintiffs;

5.   In failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

6.   In failing to sound the horn to his vehicle in order to alert Plaintiffs of the dangers; and

7    In violating V.T.C.A., Transportation Code § 545.062, which is negligence per se.

Each and all of the above and foregoing acts, both of omission and commission, singularly or in combination with others, constitutes negligence, and were each and all a proximate cause of the collision made the basis of this suit and of the injuries and damages sustained by Plaintiffs.

At the time of the accident in question, Defendant, BENITO PEREZ HERNANDEZ, was the agent, servant, and employee of Defendant TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA and was acting within the course and scope of his employment for TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA. Therefore, under the doctrine of respondeat superior, Defendant TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA are vicariously liable for Defendant BENITO PEREZ HERNANDEZ' negligence.

On the occasion in question, Defendant, TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA, are responsible for the negligent operation of the tractor truck and the resulting injuries described herein, in that they violated the duty which they owed Plaintiffs to

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 32 of 40

exercise ordinary care in the proper operation of the tractor truck in one or more of the following

particulars:

1.   In failing to properly train Defendant, Benito Perez Hernandez, in the proper
operation of the tractor truck; and

2.   In failing to keep proper maintenance of the tractor truck;

Each of such acts and omissions, singularly or in combination with others, constituted

negligence, which proximately caused the accident and the injuries and damages sustained by

Plaintiffs.

## VI.

## DAMAGES FOR PLAINTIFF

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ADRIANA C. IDUARTE, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred
by Plaintiff for the necessary care and treatment of the injuries resulting from the
accident complained of herein and such charges are reasonable and were usual
and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable
probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, ADRIANA C. IDUARTE, has suffered losses and

damages in a sum of $100,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ADRIANA IDUARTE, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred

Case 1:01-cv-00063   Document 1   Filed in TXSD on 04/26/2001   Page 33 of 40

No Transmission Informatior ilable in on line [0] for BH01954 Print 14/25/2001 15:31 * Pg 27/32
APR. 25. 2001  3:30PM    RUDRIGUEZ, COLVIN & CHANEY, LLP                    NO. 8457  P. 27

by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.     Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, ADRIANA IDUARTE, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, THALIA IDUARTE, has incurred the following damages:

1.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.     Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, THALIA IDUARTE, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, MARBELIA MARTINEZ, has incurred the following damages:

1.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

Case 1:01-cv-00063    Document 1    Filed in TXSD on 04/26/2001    Page 34 of 40

No Transmission Information   ilable  in  on line [O] for BH01954 Print   4/25/2001  15:31 * Pg 28/32
APR. 25. 2001  3:31PM   RODRIGUEZ, COLVIN & CHANEY, LLP                NO. 8457  P. 28

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, MARBELIA MARTINEZ, has suffered losses and

damages in a sum of $75,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, MARIO MARTINEZ, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, MARIO MARTINEZ, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, AARON MARTINEZ, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

No Transmission Information  ilable  in  on line [0] for BH01954 Print.  i/25/2001  15:31 * Pg 29/32
APR. 25. 2001  3:31PM     RODRIGUEZ, COLVIN & CHANEY, LLP                        NO. 8457   P. 29

3.      Physical pain and suffering in the past and future;

4.      Mental anguish in the past and future;

5.      Physical impairment in the past and future;

By reason of all the above, Plaintiff, AARON MARTINEZ, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, CINDY LEAL, has incurred the following damages:

1.      Reasonable medical care and expenses in the past. These expenses were incurred
        by Plaintiff for the necessary care and treatment of the injuries resulting from the
        accident complained of herein and such charges are reasonable and were usual
        and customary charges for such services in Cameron County, Texas;

2.      Reasonable and necessary medical care and expenses, which will in all reasonable
        probability be incurred in the future;

3.      Physical pain and suffering in the past and future;

4.      Mental anguish in the past and future;

5.      Physical impairment in the past and future;

By reason of all the above, Plaintiff, CINDY LEAL, has suffered losses and damages in a

sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, RICK LEAL, has incurred the following damages:

1.      Reasonable medical care and expenses in the past. These expenses were incurred
        by Plaintiff for the necessary care and treatment of the injuries resulting from the
        accident complained of herein and such charges are reasonable and were usual
        and customary charges for such services in Cameron County, Texas;

2.      Reasonable and necessary medical care and expenses, which will in all reasonable
        probability be incurred in the future;

3.      Physical pain and suffering in the past and future;

4.      Mental anguish in the past and future;

5.    Physical impairment in the past and future;

By reason of all the above, Plaintiff, RICK LEAL, has suffered losses and damages in a

sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, IAN FILIP SILVA, JR. has incurred the following damages:

1.    Reasonable medical care and expenses in the past. These expenses were incurred
      by Plaintiff for the necessary care and treatment of the injuries resulting from the
      accident complained of herein and such charges are reasonable and were usual
      and customary charges for such services in Cameron County, Texas;

2.    Reasonable and necessary medical care and expenses, which will in all reasonable
      probability be incurred in the future;

3.    Physical pain and suffering in the past and future;

4.    Mental anguish in the past and future;

5.    Physical impairment in the past and future;

By reason of all the above, Plaintiff, IAN FILIP SILVA, JR. has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

VII.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the

Defendants be cited to appear and answer herein, and that upon a final hearing of the cause,

judgment be entered for Plaintiff against Defendants, jointly and severally, for damages in a sum

of $525,000; together with pre-judgment interest (from the date of injury through the date of

judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate,

costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or

in equity.

Plaintiffs' Original Petition                              10

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 784005
Telephone: 512/882-5605
Telecopier: 512/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228

ATTORNEY FOR PLAINTIFFS


PLAINTIFFS HEREBY DEMAND TRIAL BY JURY

# EXHIBIT B

CVisPDF - www.fastio.com

CAUSE NO. 2001-03-1423A

| | | |
|---|---|---|
| ADRIANA C. IDUARTE. | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND AS NEXT | § | |
| OF ADRIANA IDUARTE AND THALIA | § | |
| IDUARTE. MINORS. MARBELIA | § | |
| MARTINEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARIO MARTINEZ | § | |
| AND AARON MARTINEZ, MINORS. | § | |
| MARTHA LEAL AS NEXT FRIEND OF | § | |
| CINDY LEAL, BLANCA E. LEAL AS | § | |
| NEXT FRIEND OF RICK LEAL. | § | |
| A MINOR, AND IAN FILIP SILVA AS | § | |
| NEXT FRIEND OF IAN FILIP SILVA, | § | |
| JR., A MINOR. | § | |
| | § | |
| VS. | § | 107TH JUDICIAL DISTRICT |
| | § | |
| BENITO PEREZ HERNANDEZ. | § | |
| TRANSPORTES LOPEZ-OCHOA, AND | § | |
| YVANIA LOPEZ AVILA | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

COME NOW BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, and

YVANIA LOPEZ AVILA, Defendants herein. and answer Plaintiffs' Original Petition and any

amendments thereto as follows:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants enter a general denial

and demand that Plaintiffs prove their allegations by a preponderance of the evidence.

### PRAYER

WHEREFORE. PREMISES CONSIDERED, Defendants pray that Plaintiffs take nothing

from this suit and for all other relief to which Defendants may be entitled.

#30025150v1<

Respectfully submitted.

FULBRIGHT & JAWORSKI L.L.P.

By _____
     Steven D. Jansma
     State Bar No. 00784332
     Terence M. Davis
     State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  210/224-5575
Telecopier:  210/270-7205
Counsel for Defendants,
BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, and YVANIA LOPEZ AVILA

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Defendants' Original Answer has been sent by Certified Mail, Return Receipt Requested to:

    Mr. Jerry J. Trevino
    LAW OFFICES OF JERRY J. TREVINO
    1125 South Port Avenue
    Corpus Christi, Texas 78405
    Telephone:  956/882-5605
    Telecopier:  956/882-8355

on this _____ day of April, 2001.

                          Steven Jansma