IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| OF ADRIANA IDUARTE AND THALIA | § | |
| IDUARTE, MINORS, MARBELIA | § | |
| MARTINEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARIO MARTINEZ | § | |
| AND AARON MARTINEZ, MINORS, | § | |
| MARTHA LEAL AS NEXT FRIEND OF | § | |
| CINDY LEAL, BLANCA E. LEAL AS | § | |
| NEXT FRIEND OF RICK LEAL, | § | |
| A MINOR, AND IAN FILIP SILVA AS | § | |
| NEXT FRIEND OF IAN FILIP SILVA, | § | |
| JR., A MINOR. | § | |
| | § | |
| VS. | § | C.A. NO. 01-CV-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, | § | |
| TRANSPORTES LOPEZ-OCHOA, AND | § | |
| YVANIA LOPEZ AVILA | § | |

United States District Court
Southern District of Texas
FILED

MAY 1 1 2001

Michael N. Milby
Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order, Defendants, Benito Perez Hernandez ("HERNANDEZ"), Transportes Lopez-Ochoa ("TRANSPORTES"), and Yvania Lopez Avila ("AVILA"), hereby certify that the following persons and business entities have a financial interest in the outcome of this lawsuit:

**Plaintiffs:**
Adriana C. Iduarte
Adriana Iduarte
Thalia Iduarte
Marbelia Martinez
Mario Martinez
Aaron Martinez
Martha Leal
Cindy Leal

Blanca E. Leal
Rick Leal
Ian Filip Silva
Ian Filip Silva, Jr.

**Defendants:**
Benito Perez Hernandez
Transportes Lopez-Ochoa
Yvania Lopez Avila

**Others:**
AIU North America, Inc.

                              Respectfully submitted,

                              FULBRIGHT & JAWORSKI L.L.P.

                              */s/ Steven D. Jansma*

                              Steven D. Jansma
                              Fed. I.D. No. 16114
                              State Bar No. 00784332
                              Terence M. Davis
                              Fed. I.D. No. 28072
                              State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  210/224-5575
Telecopier:  210/270-7205
Attorney-in-Charge for Defendants,
Benito Perez Hernandez, Transportes Lopez-Ochoa, and Yvania Lopez Avila

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure to all counsel of record on May 9th, 2001.

_____
Terence M. Davis