4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| OF ADRIANA IDUARTE AND THALIA | § | |
| IDUARTE, MINORS, MARBELIA | § | |
| MARTINEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARIO MARTINEZ | § | |
| AND AARON MARTINEZ, MINORS, | § | |
| MARTHA LEAL AS NEXT FRIEND OF | § | |
| CINDY LEAL, BLANCA E. LEAL AS | § | |
| NEXT FRIEND OF RICK LEAL, | § | |
| A MINOR, AND IAN FILIP SILVA AS | § | |
| NEXT FRIEND OF IAN FILIP SILVA, | § | |
| JR., A MINOR. | § | |
| | § | |
| VS. | § | C.A. NO. 01-CV-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, | § | |
| TRANSPORTES LOPEZ-OCHOA, AND | § | |
| YVANIA LOPEZ AVILA | § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN UNDER
## RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Defendants, Benito Perez Hernandez ("HERNANDEZ"), Transportes

Lopez-Ochoa ("TRANSPORTES"), and Yvania Lopez Avila ("AVILA"), and Plaintiffs, Adriana

C. Iduarte, Individually and as Next Friend of Adriana Iduarte and Thalia Iduarte, Minors,

Marbelia Martinez, Individually and as Next Friend of Mario Martinez and Aaron Martinez,

Minors, Martha Leal and as Next Friend of Cindy Leal, Blanca E. Leal as Next Friend of Rick

Leal, a Minor, and Ian Filip Silva as next Friend of Ian Filip Silva, Jr., a Minor, and file this their

Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure, and

would respectfully show unto the Court as follows:

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and
    identify the counsel who attended for each party.

    The meeting of parties was held on **May 11, 2001** via telephonic conference.

    The following were in attendance:

    Jerry J. Trevino
    Law Office of Jerry J. Trevino
    1125 South Port Avenue
    Corpus Christi, Texas 78405
    Telephone:  956/882-5605
    Telecopier:  956/882-8355
    Counsel for Plaintiffs

    Terence M. Davis
    Fulbright & Jaworski, L.L.P.
    300 Convent Street, Suite 2200
    San Antonio, Texas  78205-3792
    Telephone:  210/224-5575
    Telecopier:  210/270-7205
    Counsel for Defendants

2.  List the cases related to this one that are pending in any state or federal court with the
    case number and court.

    None.

3.  Specify the allegation of federal jurisdiction.

    Diversity jurisdiction under 28 U.S.C. section 1332.

4.    Name the parties who disagree and the reasons.

      Plaintiffs do not agree because they contend that Ms. Avila is a Texas resident.

5.    List anticipated additional parties that should be included, when they can be added, and
      by whom they are wanted.

      None.

6.    List anticipated interventions.

      None.

7.    Describe class-action issues.

      None.

8.    State whether each party represents that it has made the initial disclosures required by
      Rule 26(a).  If not, describe the arrangements that have been made to complete the
      disclosures.

      Defendants anticipate that they will make their initial disclosures by **May 25, 2001**.
      Plaintiffs anticipate making their initial disclosures by **May 25, 2001**.

9.    Describe the proposed agreed discovery plan, including:

      A.    Responses to all the matters raised in Rule 26(f).

      With regard to initial disclosures, see paragraph 8.
      Discovery issues are addressed below.

      B.    When and to whom the plaintiffs anticipate they may send interrogatories.

      Plaintiffs anticipate sending interrogatories to each defendant by **July 2, 2001**.

      C.    When and to whom the defendants anticipate it may send interrogatories.

      Defendants anticipate sending interrogatories to each plaintiff by **July 2, 2001**.

D.    Of whom and by when the plaintiffs anticipate taking oral depositions.

Plaintiffs anticipate taking the depositions of all defendants, as well as liability and damage witnesses on or before **September 3, 2001**.

E.    Of whom and by when the defendants anticipate taking oral depositions.

Defendants anticipate deposing the Plaintiffs and any fact witnesses by **November 1, 2001**. The Defendants anticipate deposing the Plaintiffs' experts within 60 days of the Plaintiffs' designation.

F.    When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

Plaintiffs anticipate designating experts and producing reports on or before **July 23, 2001**.

Defendants will review the necessity of retaining expert witnesses at such time as Plaintiffs designate such experts. Defendants anticipate designating testifying experts, if any, on or before **September 21, 2001**.

G.    List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

The Plaintiffs expect to depose any liability experts, medical doctor, psychologist, psychiatrist, or economist experts that may be designated by **October 2, 2001**.

H.    List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

Defendants will review the necessity of retaining expert witnesses at such time as Plaintiffs designate such experts. Defendants anticipate taking depositions of testifying experts, if any, on or before **October 16, 2001**.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   N/A.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

   None.

12. State the date the planned discovery can reasonably be completed.

   **December 3, 2001.**

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

   At the meeting, the parties felt that settlement is possible and there still is a chance for settlement with mediation.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

   The parties are engaged in continual settlement negotiations and would be agreeable to participation in a non-binding mediation after the Plaintiffs have been deposed.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

   The parties are agreeable to participation in a non-binding mediation after the Plaintiffs and Defendants have been deposed.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

   The parties jointly agree to trial before a magistrate judge.

17. State whether a jury demand has been made and if it was made on time.

   A timely jury demand has been made in the State court proceedings.

18. Specify the number of hours it will take to present the evidence in this case.

   20 -30 hours

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

   Plaintiffs' Motion to Remand will be filed shortly.

20. List other motions pending.

   None.

21. Indicate other matter peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

   None.

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

**Jerry J. Trevino**
Law Office of Jerry J. Trevino
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone:  956/882-5605
Telecopier:  956/882-8355
Counsel for Plaintiffs

**Steven D. Jansma**
Fed. I.D. No.16114
State Bar No. 00784332
**Terence M. Davis**
Fed. I.D. No. 28072
State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone: 210/224-5575
Telecopier: 210/270-7205
Attorneys-in-Charge for Defendants

FULBRIGHT & JAWORSKI L.L.P.

Respectfully submitted,

_____
Steven D. Jansma
Fed. I.D. No. 16114
State Bar No. 00784332
Terence M. Davis
Fed. I.D. No. 28072
State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: 210/224-5575
Telecopier: 210/270-7205
Attorney in Charge for Defendants,
Benito Perez Hernandez, Transportes Lopez-Ochoa,
and Yvania Lopez Avila

LAW OFFICE OF JERRY J. TREVINO

_____
Jerry J. Trevino
State Bar No. 20211228
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 956/882-5605
Telecopier: 956/882-8355
Counsel for Plaintiffs,
Adriana C. Iduarte, Individually and as Next Friend of
Adriana Iduarte and Thalia Iduarte, Minors, Marbelia
Martinez, Individually and as Next Friend of Mario
Martinez and Aaron Martinez, Minors, Martha Leal and as
Next Friend of Cindy Leal, Blanca E. Leal as Next Friend
of Rick Leal, a Minor, and Ian Filip Silva as next Friend of
Ian Filip Silva, Jr., a Minor