5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR | § § § § § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA | § § § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order, Plaintiffs, ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT FRIEND OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, A MINOR, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR, hereby certify that the following persons and business entities have a financial interest in the outcome of this lawsuit:

Plaintiffs:
Adriana C. Iduarte, Individually and As Next Friend of Adriana Iduarte, a Minor
Adriana C. Iduarte, Individually and As Next Friend of Thalia Iduarte, a Minor
Marbelia Martinez, Individually and As Next Friend of Mario Martinez, a Minor

Marbelia Martinez, Individually and As Next Friend of Aaron Martinez, a Minor
Martha Leal As Next Friend of Cindy Leal, a Minor
Blanca E. Leal As Next Friend of Rick Leal, a Minor
Ian Filip Silva As Next Friend of Ian Filip Silva, Jr., a minor

<u>Defendants:</u>
Benito Perez Hernandez
Transportes Lopez-Ochoa
Yvania Lopez Avila

                                        Respectfully submitted,

                                        LAW OFFICE OF JERRY J. TREVINO
                                        1125 South Port Avenue
                                        Corpus Christi, Texas 78405
                                        Telecopier: 361/882-5605
                                        Telephone: 361/882-8355

                                        By: _____
                                        Jerry J. Trevino
                                        State Bar No. 20211228
                                        Federal I.D. No. 15031

                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiffs' Certificate of Interested Parties was served in compliance with Federal Rules of Civil Procedure upon counsel of record listed below on this _15_ day of _May_, 2001.

Mr. Terence M. Davis
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

_____
Jerry J. Trevino

3