IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR § § § § § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA § § § | |

United States District Court
Southern District of Texas
FILED

MAY 1 8 2001

Michael N. Milby
Clerk of Court

**PLAINTIFFS' MOTION TO REMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT FRIEND OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, A MINOR, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR, file this Motion to Remand under Fed.R.Civ.P. 81(c).

### A. Introduction

1. Plaintiffs filed suit on March 22, 2001, in the 107th Judicial District Court,

1

Cameron County, Texas. Defendants, BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA, were served with suit on or about April 12, 2001. Defendants filed their notice of removal on April 25, 2001.

## B. Nature of Suite

2.  In Plaintiffs' original complaint, Plaintiffs alleged that Defendant, BENITO PEREZ HERNANDEZ, was negligent in the operation of a motor vehicle and such negligent was the cause of the injuries and damages sustained by Plaintiffs. Plaintiffs further alleged that Defendant, BENITO PEREZ HERNANDEZ, was operating a motor vehicle while under the course and scope of his employment for Defendants, TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA. Plaintiffs' complaint was properly brought in state court because the Defendants are not Texas residents but do business in Texas and committed a tort in Texas and is are amenable to service by a Texas court.

3.  The Court does not have diversity question jurisdiction over this lawsuit as alleged by Defendants in its notice of removal. Defendants alleged the parties are diverse. Defendant is wrong. The Defendants have a place of business in Cameron County, Texas and furthermore, Defendant, YVANIA LOPEZ AVILA, is a resident of Brownsville, Cameron County, Texas, therefore, complete diversity does not exist.

4.  The Court should remand Plaintiffs' suit to state court because Defendants' removal is procedurally defective. Defendant merely alleged the non-residence of the parties, not their citizenship. Allegations of residence are insufficient under 28 U.S.C. §1332(a).

## D. Prayer

5.  For these reasons, Plaintiffs ask the Court to grant the motion to remand, remand this suit to the state court in which it was originally filed, and award Plaintiffs their court costs,

expenses, and attorney fees.

Respectfully submitted,

LAW OFFICE OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
    Jerry J. Trevino
    State Bar No. 20211228
    Fed. I.D. No. 15031

**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Motion to Remand was served in accordance with Federal Rules of Civil Procedure upon counsel of record listed below on this __15__ day of __May__, 2001.

Mr. Steven D. Jansma
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205

_____
Jerry J. Trevino

3