7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, | § | |
| INDIVIDUALLY AND AS NEXT | § | |
| OF ADRIANA IDUARTE AND THALIA | § | |
| IDUARTE, MINORS, MARBELIA | § | |
| MARTINEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARIO MARTINEZ | § | |
| AND AARON MARTINEZ, MINORS, | § | |
| MARTHA LEAL AS NEXT FRIEND OF | § | |
| CINDY LEAL, BLANCA E. LEAL AS | § | |
| NEXT FRIEND OF RICK LEAL, | § | |
| A MINOR, AND IAN FILIP SILVA AS | § | |
| NEXT FRIEND OF IAN FILIP SILVA, | § | |
| JR., A MINOR. | § | |
| | § | |
| VS. | § | C.A. NO. 01-CV-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, | § | |
| TRANSPORTES LOPEZ-OCHOA, AND | § | |
| YVANIA LOPEZ AVILA | § | |

United States District Court
Southern District of Texas
FILED

MAY 2 4 2001

Michael N. Milby
Clerk of Court

## **DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES**

COMES NOW Benito Perez Hernandez ("HERNANDEZ"), Transportes Lopez-Ochoa ("TRANSPORTES"), and Ivania Lopez Avila ("AVILA") Defendants herein, and submit these their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

1. The name, address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

Plaintiffs can be contacted through Plaintiffs' counsel, Jerry J. Trevino, at 1125 South Port Avenue, Corpus Christi, Texas 78704. (361) 882-5605.

#30043306v1</10103436                               1

## **Plaintiffs:**

1.  Adriana C. Iduarte

2.  Adriana Iduarte

3.  Thalia Iduarte

4.  Marbelia Martinez

5.  Mario Martinez

6.  Aaron Martinez

7.  Martha Leal

8.  Cindy Leal

9.  Blanca E. Leal

10. Rick Leal

11. Ian Filip Silva

12. Ian Filip Silva, Jr.

Defendants can be contacted through Defendants' counsel, Steven D. Jansma and Terence M. Davis, at 300 Convent Street, Suite 2200, San Antonio, Texas 78205, (210) 224-5575.

## **Defendants:**

13. Benito Perez Hernandez

14. Transportes Lopez-Ochoa

15. Ivania Lopez Avila

Plaintiffs' medical providers and experts, including, but not limited to:

16.  Dr. Raul Garza
     400 W. Hwy 77
     San Benito, Texas 78586
     (956) 399-1641

17.  Dr. Sandra Quintana, D.C.
     Texas Chiropractic
     2545 Boca Chica Blvd.
     Brownsville, Texas 78521
     (956) 504-2400

18.  Dr. Dee Martinez
     904 N. Ewing
     Dallas, Texas 75203
     (214) 941-8901

19.  Dr. Jorge Loyez
     100-B Alton Gloor, Suite 270
     Brownsville, Texas 78526
     (956) 350-0048

20.  The Foot Doctor, Inc.
     2814 Boca Chica Blvd., Suite A
     Brownsville, Texas 78521
     (956) 546-3338

21.  Dr. Hung Ba Nguyen
     Rio Grande Valley Imaging and Diagnostic
     501B N. Ed Carey Drive
     Harlingen, Texas 78550
     (956) 440-8000

22.  Juan M. Salinas, Police Officer

2.  A description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

   A.  Plaintiffs' medical records. These should be in the Plaintiffs' possession or control.

B. Plaintiffs' employment records. These should be in the Plaintiffs' possession or control.

C. Police report. This is a public record on file with the law enforcement officials and a copy is in the Defendants' possession.

3. A computation of any category of damages claimed.

Not applicable.

4. Insurance agreements.

Declaration page is available for inspection.

5. Disclosure of expert testimony.

At this time, the defendants have not retained any experts. If, and when, such experts are retained, such information will be supplemented.

Respectfully submitted,

_____
Steven D. Jansma
Fed. I.D. No. 16114
State Bar No. 00784332
Terence M. Davis
Fed. I.D. No. 28072
State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas 78205
Telephone: 210/224-5575
Telecopier: 210/270-7205
Attorneys in Charge for Defendants,
Benito Perez Hernandez, Transportes Lopez-Ochoa,
and Ivania Lopez Avila

## CERTIFICATE OF SERVICE

This pleading was served in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested on May 22nd, 2001.

Mr. Jerry J. Trevino
Law Office of Jerry J. Trevino
1125 South Port Avenue
Corpus Christi, Texas 78405

_____
Terence M. Davis