IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, <br> INDIVIDUALLY AND AS NEXT <br> OF ADRIANA IDUARTE AND THALIA <br> IDUARTE, MINORS, MARBELIA <br> MARTINEZ, INDIVIDUALLY AND AS <br> NEXT FRIEND OF MARIO MARTINEZ <br> AND AARON MARTINEZ, MINORS, <br> MARTHA LEAL AS NEXT FRIEND OF <br> CINDY LEAL, BLANCA E. LEAL AS <br> NEXT FRIEND OF RICK LEAL, <br> A MINOR, AND IAN FILIP SILVA AS <br> NEXT FRIEND OF IAN FILIP SILVA, <br> JR., A MINOR. <br><br> VS. <br><br> BENITO PEREZ HERNANDEZ, <br> TRANSPORTES LOPEZ-OCHOA, AND <br> YVANIA LOPEZ AVILA | § § § § § § § § § § § § § § § § § § § | C.A. NO. B-01-063 |

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED NOTICE OF REMOVAL

1. BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND IVANIA LOPEZ AVILA (DEFENDANTS) file this unopposed motion for leave to file an amended notice of removal pursuant to 28 U.S.C. § 1653. A copy of the proposed amended notice of removal is attached as Exhibit A.

2. This unopposed motion for leave is requested in order that Defendants may clarify the allegations of diversity addressed in the prior notice of removal. This motion will not cause any surprise to Plaintiffs or result in any delay.

#30051209v1</10024620

3. Counsel for Defendants has conferred with counsel for Plaintiffs regarding this Motion for Leave, and Plaintiffs do not oppose this Motion.

The Defendants pray that the Court grant this motion and all other just relief.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Steven Jansma
State Bar No. 00784322
Federal I.D. 16114
Terence Davis
State Bar No. 24028278
Federal I.D. 28072
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: 210/224-5575
Telecopier: 210/270-7205

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on May 24th, 2001.

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405

_____
Terence Davis

#30051209v1</10024620                                           -2-