8 9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADRIANA C. IDUARTE, <br> INDIVIDUALLY AND AS NEXT <br> OF ADRIANA IDUARTE AND THALIA <br> IDUARTE, MINORS, MARBELIA <br> MARTINEZ, INDIVIDUALLY AND AS <br> NEXT FRIEND OF MARIO MARTINEZ <br> AND AARON MARTINEZ, MINORS, <br> MARTHA LEAL AS NEXT FRIEND OF <br> CINDY LEAL, BLANCA E. LEAL AS <br> NEXT FRIEND OF RICK LEAL, <br> A MINOR, AND IAN FILIP SILVA AS <br> NEXT FRIEND OF IAN FILIP SILVA, <br> JR., A MINOR. <br><br> VS. <br><br> BENITO PEREZ HERNANDEZ, <br> TRANSPORTES LOPEZ-OCHOA, AND <br> YVANIA LOPEZ AVILA | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §    C.A. NO. B-01-063 <br> § <br> § <br> § <br> § |

AMENDED NOTICE OF REMOVAL

TO THE HONORABLE JUDGE AND CLERK OF SAID COURT:

Pursuant to 28 U.S.C. §1441(a) and expressly reserving all rights to otherwise respond to

this lawsuit, Defendants BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA,

AND YVANIA LOPEZ AVILA ("Defendants") file this Notice of Removal of Cause No. 2001-

03-1423A, *Adriana C. Iduarte,et al. vs. Benito Perez Hernandez, Tranportes Lopez-Ochoa, and*

*Yvania Lopez Avila* (the "Lawsuit"), in the 107th Judicial District Court, Cameron County,

Texas, to the United States District Court for the Southern District of Texas, BROWNSVILLE

DIVISION, and in support thereof would respectfully show unto the Court the following:

1. On or about March 22, 2001, Plaintiffs filed their Original Petition ("Complaint") in the Lawsuit against Defendants in the 107th Judicial District Court of Cameron County, Texas, under Cause. 2001-03-1423A. A copy of the Summons, Complaint, Return of Service and State Court's Civil Docket are is attached hereto as Exhibit A for reference purposes only. Defendants' answer to this complaint, which was filed in State Court, is attached hereto as Exhibit B for reference only.

2. At the time this action was commenced, Plaintiffs admit they are residents of Brownsville, Cameron County, Texas.

3. Defendant BENITO PEREZ HERNANDEZ is now, and was at the time of the commencement of this action, a non-resident of Texas who resides and is domiciled in Matamaros, Tamps., Mexico, where he intends to remain indefinitely. He does reside in the State of Texas or the United States of America, nor is he a citizen of the United States of America.

4. Defendant TRANSPORTES LOPEZ-OCHOA is now and was at the time of the commencement of this action a foreign "Mexican" corporation and non-resident of Texas, whose principal place of business is in Matamaros, Tamps., Mexico.

5. Defendant IVANIA LOPEZ AVILA is now, and was at the time of the commencement of this action, a non-resident of Texas who resides and is domiciled in Matamaros, Tamps., Mexico, where she intends to remain indefinitely. She does not reside in the State of Texas or the United States of America, nor is she a citizen of the United States of America.

6. This Court has diversity jurisdiction over this action under 28 U.S.C. §1332. This action is between citizens of different states and the amount in controversy is in excess of $75,000.00, exclusive of attorneys' fees, costs and interest.

7.     This Notice is timely filed pursuant to 28 U.S.C. §1446(b).  Defendant has filed this Notice of Removal within thirty (30) days of its receipt of a copy of the Complaint and Summons and this Amended Notice of Removal with approval of the Court.

8.     Upon filing this Notice of Removal, Defendant will provide written notification to Plaintiffs and will file a Notice of Filing Removal (including a copy of this Notice of Removal) with the Clerk of the District Courts for Cameron County, Texas.  A copy of said Notice of Filing Removal accompanies this Notice of Removal.

9.     True copies of all process, pleadings and orders filed in the Lawsuit are being filed with this Notice.

WHEREFORE, Defendants respectfully notify the Court and all interested parties that the Lawsuit now pending in the 107th Judicial District Court of Cameron County, Texas, as described herein, is removed hereby to the United States District Court for the Southern District of Texas, Brownsville Division.

Signed this _24_th day of May, 2001.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Steven Jansma
State Bar No. 00784322
Federal I.D. 16114
Terence Davis
State Bar No. 24028278
Federal I.D. 28072
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  210/224-5575
Telecopier:  210/270-7205
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on May 24, 2001.

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405

Terence M. Davis

# EXHIBIT A

#30051209v1</10024620

CutePDF – www.fastio.com

No Transmission Information    ilable  in  on line [0] for 8H01954 Pri    04/25/2001  15:31  * Pg  3/32
APR. 25. 2001  3:24PM    DRIGJEZ, COLVIN & CHANEY, LLP    NO. 8457    P. 3

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26 TRCP

CASE NO.

2001-03-001423-A

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | | DATE OF FILING | |
|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR |
| ADRIANA C. IDUARTE, ET AL | 00231101 | (01) | 03 | 22 | 01 |
| | JERRY J. TREVINO | PERSONAL INJURY/ AUTO | | | |
| VS | 1125 S. PORT | | | | |
| | CORPUS CHRISTI, TEXAS 78405 0000 | | | | |
| BENITO PEREZ HERNANDEZ, ET AL | | | | | |

FILED BY

JURY

DATE OF ORDERS

COURT'S DOCKET (Rule 26, TRCP)

RUN DATE 04/25/01
RUN TIME 2:51 PM

PAGE: 01

2001-03-001423-A

* * * * C L E R K ' S   E N T R I E S * * * *

ADRIANA C. IDUARTE, ET AL

VS

BENITO PEREZ HERNANDEZ, ET AL

00221101
JERRY J. TREVINO
1125 S. PORT
CORPUS CHRISTI, TEXAS 78405 0000

(01)                    03    22    01

PERSONAL INJURY/ AUTO                    30.00

LAW OFFICE OF
JERRY J. TREVINO

03/22/01 ORIGINAL PETITION FILED
03/22/01 JURY FEE: Pd. by JERRY J. TREVINO
03/28/01 CITATION: TRANSPORTES LOPEZ-OCHOA
03/28/01    SERVED: 04/12/01        FILED: 04/17/01
03/28/01 CITATION (CM): BENITO PEREZ HERNANDEZ
03/28/01    SERVED: 04/02/01        FILED: 04/06/01
03/28/01 CITATION (CM): TRANSPORTES LOPEZ-OCHOA
03/28/01    SERVED: 04/04/01        FILED: 04/09/01
03/28/01 CITATION (CM): YVANIA LOPEZ AVILA
03/28/01    SERVED: 04/04/01        FILED: 04/09/01

Case 1:01-cv-00063   Document 9   Filed in TXSD on 05/25/2001   Page 7 of 37

## CAUSE NUMBER 2001-03--001423-A
*******

| | | |
|---|---|---|
| ADRIANA C. IRUARTE, ET AL | § | IN THE 107TH JUDICIAL |
| PLAINTIFFS | § | |
| VS | § | DISTRICT COURT |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL | § | CAMERON COUNTY, TEXAS |
| DEFENDANTS | § | |

### AFFIDAVIT

BEFORE ME, THE UNDERSIGNED, AUTHORITY, on this day personally appeared, George L. Wilhite, after being by first duly sworn, on his oath says:

"My name is George L. Wilhite, I am a private process server associated with, George L. Wilhite Legal Support Services, with a business address of 1162 Fairways, Harlingen, Texas 78552

I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated. I am an adult over the age of eighteen(18) years of age and I am not a party to the suit and have no interest in the outcome of the suit. I have never been convicted of any felony or crime involving moral turitude and am comptent to make this oath. I am able to perform the service of citation and correctly pursuant to the Texas Rules Of Civil Procedure, Rule 103."

DELIVERED TO TRANSPORTES LOPEZ--OCHOA, by delivering to
_____ SERGIO T. LOPEZ, 5801 FOUST RD,
_____ PORT OF BROWNSVILLE, TEXAS 78521

FILED 2:20 O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK

APR 17 2001

DATE OF DELIVERY 12TH APRIL, 2001, 10:10 A.M.

_George L Wilhite_
AFFIANT

STATE OF TEXAS

SUBSCRIBED and sworn to before me by the said affiant on this 17TH APRIL, 2001

OLGA GONZALEZ
MY COMMISSION EXPIRES
November 25, 2001

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

Citation for Personal Service   - **GENERAL**                  Lit. Seq. # **5.007.01**

## No. 2001-03-001423-A

### T H E   S T A T E   O F   T E X A S    **ORIGINAL**

     **NOTICE TO DEFENDANT:**  You have been sued.  You may employ an attorney.  If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you.

TO: **TRANSPORTES LOPEZ-OCHOA**
    **BY SERVING AGENT FOR SERVICE**
    **SERGIO LOPEZ OCHOA, AT**
    **2993 N.  INDIAN, STE 3**
    **BROWNSVILLE, CAMERON COUNTY, TEXAS**

the _____**DEFENDANT**_____ , GREETING:

    You are commanded to appear by filing a written answer to the

**PLAINTIFFS ORIGINAL PETITION**

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable District
Court **107th** Judicial District of Cameron County, Texas at the Courthouse of said
county in Brownsville, Texas.  Said _____**PETITION**_____ was filed on
__MARCH 22, 2001__.  A copy of same accompanies this citation.

The file number of said suit being No. **2001-03-001423-A.**

The style of the case is:

> **ADRIANA C. IDUARTE, ET AL**
> **VS.**
> **BENITO PEREZ HERNANDEZ, ET AL**

Said petition was filed in said court by _____**JERRY J. TREVINO**
(Attorney for _____**PLAINTIFF**_____), whose address is
**1125 S. PORT CORPUS CHRISTI, TEXAS  78405**

    The nature of the demand is fully shown by a true and correct copy of the
Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

    Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the __28th__ day of __MARCH__, A.D. **2001.**

                ____**AURORA DE LA GARZA**____ , DISTRICT CLERK
                 **Cameron County, Texas**
                 **974 E. Harrison St.**
                 **Brownsville, Texas 78521**
                 By: _Eloisa B. Berrones_ , Deputy

No Transmission Information      ilable   in  on line [0] for BH01954 Prin     04/25/2001  15:31 * Pg 7/32
APR. 25. 2001  3:25PM            JRIGUEZ, COLVIN & CHANEY. __P                   NO. 8457   P  7

R E T U R N   O F   O F F I C E R

Came to hand the __5th__ day of __April__, 2001, at __2:50__ o'clock __P__.M., and

executed ~~(not executed)~~ on the __12d__ day of __April__, __2001__, by delivering to

_Transportes Lopez Ochoa_ ~~by delivering to~~
_sergio F. Lopez, Jr._, at _5801 Trust Rd._ in person a true copy of this Citation,
_Port of Brownsville, TX 78521_
upon which I endorsed the date of delivery, together with the accompanying copy

of the _Plaintiff's Original Petition_ _____

Cause of failure to execute this citation is: _____

_____

_____ __George  L.  Wichita__ _____

FEES serving 1 copy                Sheriff/Constable __Cameron__ County, TEXAS

Total....... $ __60-00__            By __George L Wichita__ ~~Deputy~~

Fees paid by: _Hon Jerry J. Trevino_ 

FILED __2:20__ O'CLOCK __P__ M
AURORA DE LA GARZA DIST. CLERK

APR 17 2001

DISTRICT CLERK OF CAMERON COUNTY TEXAS
DEPUTY

UNITED STATES POSTAL SERVICE

03/28/01
2001-03-1423-A

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED _____ 9:00 _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK

APR - 9 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

19

Z 207 153 686

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to<br>JOHN W. JOHNSON | |
| Street & Number<br>125 E. 11TH ST. | |
| Post Office, State, & ZIP Code<br>AUSTIN, TEXAS 78701 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to<br>Whom & Date Delivered | |
| Return Receipt Showing to Whom,<br>Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date<br>2001-03-1423-A<br>03/28/01 | |

PS Form 3800, April 1995

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**JOHN W. JOHNSON
125 E. 11TH ST.
AUSTIN, TX 78701**

**Z 207 153 686**

2. Article Number (Copy from service label)

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature

X   **Eddie Brown** □ Agent
   Texas Department of Transportation □ Addressee

D. is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:          □ No

3. Service Type
   ☒ Certified Mail      □ Express Mail
   □ Registered          □ Return Receipt for Merchandise
   □ Insured Mail        □ C.O.D.

4. Restricted Delivery? (Extra Fee)            □ Yes

---

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address on the article, dear, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.   102595-99-M-2444

Citation for **Personal Service**  _- BY CERTIFIED MAIL_    Lit. Seq. # 5.006.01

### No. 2001-03-001423-A              **ORIGINAL**

## THE   STATE   OF   TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **BENITO PEREZ HERNANDEZ**
__BY SERVING THE CHAIRMAN OF THE__
__TEXAS DEPT. OF TRANSPORTATION__
__COMMISSION, JOHN W. JOHNSON,__
__125 E. 11TH STREET,__
__AUSTIN, TRAVIS COUNTY, TEXAS 78701__
the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTISFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 107th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on _MARCH 22, 2001_. A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001423-A.

The style of the case is:

ADRIANA C. IDUARTE, ET AL
VS.
BENITO PEREZ HERNANDEZ, ET AL

Said petition was filed in said court by _____JERRY J. TREVINO_____
(Attorney for _____PLAINTIFF_____ ), whose address is
1125 S. PORT CORPUS CHRISTI, TEXAS  78405 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _28th_ day of _MARCH_ A.D. 2001.

_____AURORA DE LA GARZA_____ , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: _Eloisa G. Barrera/mc_ , Deputy

## CERTIFICATE OF DELIVERY OF MAIL

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | I hereby certify that on the <u>28th</u> of |
|---|---|

ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

I hereby certify that on the <u>28th</u> of <u>MARCH  2001</u>, I mailed to

<u>BENITO PEREZ HERNANDEZ</u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

NAME OF PREPARER

ADDRESS

CITY                STATE

CERTIFIED MAIL NO.   Z207153686
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA , District Clerk
Cameron County, Texas

BY: _____ , Deputy

No Transmission Informatio  ilable  in  on line [O] for BH01954 Pri       04/25/2001  15:31 * Pg 12/32
APR. 25. 2001  3:27PM       DRIGUEZ, COLVIN & CHANEY, LLP                      NO. 8457    P. 12
Case 1:01-cv-00063   Document 9   Filed in TXSD on 05/25/2001   Page 15 of 37

UNITED STATES POSTAL SERVICE

**2001-03-1423-A**
**03/28/01**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED _____ 9:00 _____ O'CLOCK ___ A M
AURORA DE LA GARZA DIST. CLERK

APR - 9 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY _____ DEPUTY

**Z 207 335 090**

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to **JOHN W. JOHNSON** | |
| Street & Number **125 E. 11TH ST.** | |
| Post Office, State, & ZIP Code **AUSTIN, TX 78701** | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date **2001-03-1423-A** **03/28/01** | |

PS Form 3800, April 1995

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   B. Date of Delivery

C. Signature

X _____ ☐ Agent
Texas Department of Transportation   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

**JOHN W. JOHNSON
125 E. 11TH ST.
AUSTIN, TX 78701**

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

**Z 207 335 090**

2. Article Number *(Copy from service label)*

PS Form 3811, July 1999          Domestic Return Receipt          102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-class postage, certified mail fee, and charges for any selected optional services *(See front)*.

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier *(no extra charge)*.

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in Item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry.

102595-99-M-2444

Citation for Personal Service  - BY CERTIFIED MAIL   Lit. Seq. # 5.008.01

## No. 2001-03-001423-A

### T H E   S T A T E   O F   T E X A S   ORIGINAL

        NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If
you or your attorney do not file a written answer with the clerk who issued this
citation by 10:00 a.m. on the Monday next following the expiration of twenty
days after you were served this citation and petition, a default judgment may be
taken against you.

TO:  YVANIA LOPEZ AVILA
     BY SERVING THE CHAIRMAN OF THE
     TEXAS DEPT. OF TRANSPORTATION
     COMMISSION, JOHN W. JOHNSON,
     125 E. 11TH STREET,
     AUSTIN, TRAVIS COUNTY, TEXAS 78701
the         DEFENDANT       , GREETING:

        You are commanded to appear by filing a written answer to the.

PLAINTIFFS ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20
days after the date of service of this citation before the Honorable District
Court 107th Judicial District of Cameron County, Texas at the Courthouse of said
county in Brownsville, Texas.  Said        PETITION        was filed on
  MARCH 22, 2001   .  A copy of same accompanies this citation.

The file number of said suit being No. 2001-03-001423-A.

The style of the case is:

                    ADRIANA C. IDUARTE, ET AL
                              vs.
                  BENITO PEREZ HERNANDEZ, ET AL

Said petition was filed in said court by          JERRY J. TREVINO
(Attorney for              PLAINTIFF              ), whose address is
1125 S. PORT CORPUS CHRISTI, TEXAS   78405                          .

        The nature of the demand is fully shown by a true and correct copy of the
Petition accompanying this citation and made a part hereof.

        The officer executing this writ shall promptly serve the same according to
requirements of law, and the mandates thereof, and make due return as the law
directs.

        Issued and given under my hand and seal of said Court at Brownsville,
Texas, this the 28th day of MARCH A.D. 2001.

                              AURORA DE LA GARZA      , DISTRICT CLERK
                              Cameron County, Texas
                              974 E. Harrison St.
                              Brownsville, Texas 78521
                              By: _____, Deputy

Case 1:01-cv-00063   Document 9   Filed in TXSD on 05/25/2001   Page 18 of 37

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |

**CERTIFICATE OF DELIVERY OF MAIL**

I hereby certify that on the <u>28th</u> of
<u>MARCH</u>  <u>2001</u>,  I mailed to

<u>YVANIA LOPEZ AVILA</u>

**ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE**

**Rule 106 (a)(2):** The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

**Sec. 17.027, Rules of Civil
Practice and Remedies Code,** if
not prepared by Clerk of Court.

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

**NAME OF PREPARER**             **TITLE**

**ADDRESS**

**CITY**            **STATE**        **ZIP**

CERTIFIED MAIL NO.  ___Z207335090___
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>, District Clerk
Cameron County, Texas

By _____, Deputy

Case 1:01-cv-00063 Document 9 Filed in TXSD on 05/25/2001 Page 19 of 37



UNITED STATES POSTAL SERVICE

03/28/01
2001-03-1423-A

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, TX 78520

FILED 4:00 O'CLOCK A M

APR 0 6 2001

Rosie Sotelo
Rosie Sotelo ...NTY, TEXAS
DEPUTY

13

---

Z 403 375 619

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | |
|---|---|
| JOHN W. JOHNSON | |
| Street & Number 125 E. 11TH ST | |
| Post Office, State, & ZIP Code AUSTIN, TX 78701 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date 03/28/01 2001-03-1423-A | |

PS Form 3800, April 1995

APR. 25. 2001  3:28PM RIGUEZ, COLVIN & CHANEY, LLP NO. 8457 P. 17

| SENDER. COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery  7/2/01<br>C. Signature<br>X _____   ☒ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

**JOHN JOHNSON**
**125 E. 11TH ST.**
**AUSTIN, TX 78701**

| 3. Service Type | |
|---|---|
| XX☒ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☐ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |

| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
|---|---|

**Z 403 375 619**

2. Article Number (Copy from service label)

PS Form 3811, July 1999 Domestic Return Receipt 102595-99-M-1789

---

PS Form 3800, April 1995 (Reverse)

Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (See front).

1. If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).

2. If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.

3. If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.

4. If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.

5. Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.

6. Save this receipt and present it if you make an inquiry. 102595-97-B-0145

CtidPDF – www.fastio.com

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.007.01

### No. 2001-03-001423-A

T H E   S T A T E   O F   T E X A S    **ORIGINAL**

    NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **TRANSPORTES LOPEZ-OCHOA**
    **BY SERVING THE CHAIRMAN OF THE**
    **TEXAS DEPT. OF TRANSPORTATION**
    **COMMISSION, JOHN W. JOHNSON,**
    **125 E. 11TH STREET,**
    **AUSTIN, TRAVIS COUNTY, TEXAS 78701**
the     DEFENDANT    , GREETING:

    You are commanded to appear by filing a written answer to the

**PLAINTIFFS ORIGINAL PETITION**

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court **107th** Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said     **PETITION**      was filed on   **MARCH 22, 2001**  .  A copy of same accompanies this citation.

The file number of said suit being No. **2001-03-001423-A.**

The style of the case is:

    **ADRIANA C. IDUARTE, ET AL**
    **VS.**
    **BENITO PEREZ HERNANDEZ, ET AL**

Said petition was filed in said court by     **JERRY J. TREVINO** (Attorney for   **PLAINTIFF**  ), whose address is **1125 S. PORT CORPUS CHRISTI, TEXAS  78405**

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the **28th** day of     A.D. **2001.**

        **AURORA DE LA GARZA**   , DISTRICT CLERK
        Cameron County, Texas
        974 E. Harrison St.
        Brownsville, Texas 78521
        By: _Elaine B. Damron for_ , Deputy

| | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|
| **ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE** | I hereby certify that on the <u>28th</u> of |
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. | <u>MARCH  2001</u>,  I mailed to <br><br> <u>TRANSPORTES LOPEZ-OCHOA</u> <br><br> by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. | |

CERTIFIED MAIL NO. ___Z403375619___

RETURN RECEIPT REQUESTED
DELIVERY TO ADDRESSEE ONLY

| NAME OF PREPARER | TITLE |
|---|---|
| ADDRESS | ___AURORA DE LA GARZA___, District Clerk <br> Cameron County, Texas |
| CITY    STATE | BY ___Melissa B. Barreiro___, Deputy |

No Transmission Informatio～ ailable   in   on Line [0] for BH01954 Pri         04/25/2001   15:31 * Pg 20/32
LAW (APR. 25. 2001Y 3:29PM, P.C. .DR:GUEZ. COLVIN & CHANEY, ..LP                          VO. 8457    P. 20

**007593**

JOHN JOHNSON                              Date 03/21/                  Check No. 7593

| Invoice No. | Amount | Discount | Net Due |
|---|---|---|---|
| JJOHNSON | 75.00 | 0.00 | 75.00 |
|  | ---------- | ---------- | ---------- |
| Total = | 75.00 | 0.00 | 75.00 |

---

**LAW OFFICE OF JERRY J. TREVINO, P.C.**
OPERATING ACCOUNT
1125 S. PORT   PH. 882-5605
CORPUS CHRISTI, TX 78405

**NUECES NATIONAL BANK**
Still Caring About Your Future Today!
1434 S. Port 78405 · P.O. Box 5588
Corpus Christi, TX 78465-5588

88-410
1149
CHECK NO.

**007593**
7593

***** Seventy Five Dollars and No Cents

DATE                    AMOUNT

03/21/01          $*********75.00

PAY
TO THE
ORDER
OF

JOHN JOHNSON
125 E. 11TH STREET
AUSTIN, TEXAS 78701
RE: ADRIANA IDUARTE/CERT.SERVICE

⑈007593⑈ ⑆11490410 2⑆   92⑈2781⑈0⑈

LAW OFFICE OF JERRY J. TREVINO, P.C.

**007593**

RECORDER FORM NO. 300 ... ...

United States District Court
Southern District of Texas
FILED

CAUSE NO. 2001-03-H23-A

APR 2 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR | IN THE DISTRICT COURT |

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

VS.

107th JUDICIAL DISTRICT

§
§
§
§

BENITO PEREZ HERNANDEZ,
TRANSPORTES LOPEZ-OCHOA, AND
YVANIA LOPEZ AVILA

CAMERON COUNTY, TEXAS

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT FRIEND

OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ,

INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON

MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, A MINOR,

BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, IAN FILIP SILVA AS

NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR, hereinafter called Plaintiffs,

complaining of and about BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA,

AND YVANIA LOPEZ AVILA, hereinafter called Defendants, and for cause of action would

show unto the Court the following:

Case 1:01-cv-00063  Document 9  Filed in TXSD on 05/25/2001  Page 25 of 37

I.

## DISCOVERY CONTROL PLAN LEVEL

Plaintiffs intend that discovery be conducted under Discovery Level 2.

II.

## PARTIES AND SERVICE

Plaintiff, ADRIANA C. IDUARTE, brings this action individually.  Plaintiff resides in Brownsville, Cameron County, Texas.

Plaintiff, ADRIANA IDUARTE, is a minor residing in Brownsville, Cameron County, Texas and Adriana C. Iduarte is her natural mother and next of friend.

Plaintiff, THALIA IDUARTE, is a minor residing in Brownsville, Cameron County, Texas and Adriana C. Iduarte is her natural mother and next of friend.

Plaintiff, MARBELIA MARTINEZ, brings this action individually.  Plaintiff resides in Brownsville, Cameron County, Texas.

Plaintiff, MARIO MARTINEZ, is a minor residing in Brownsville, Cameron County, Texas and Marbelia Martinez is his natural mother and next of friend.

Plaintiff, AARON MARTINEZ, is a minor residing in Brownsville, Cameron County, Texas and Marbelia Martinez is his natural mother and next of friend.

Plaintiff, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, is a resident of Brownsville, Cameron County, Texas.

Plaintiff, CINDY LEAL, is a minor residing in Brownsville, Cameron County, Texas and Martha Leal is her natural mother and next of friend.

Plaintiff, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., is a resident of Brownsville, Cameron County, Texas.

CUtePDF - www.tevisu.com

Plaintiff, IAN FILIP SILVA, JR., is a minor residing in Brownsville, Cameron County, Texas and Ian Filip Silva is his natural father and next of friend.

Defendant, BENITO PEREZ HERNANDEZ, an individual who is a non-resident of Texas, who resides at Calle Mariano Zavala, Norte No. 1 Col. Sec. 16, H. Matamaros, Tamps., Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas, 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

Defendant, TRANSPORTES LOPEZ-OCHOA, is a foreign corporation who is a non-resident of Texas, whose principal place of business is located at Camino Real #15, H. Matamaros, Tamalipas, Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

Defendant, IVANIA LOPEZ AVILA, a non-resident of Texas, whose principal place of business is located at Carr. A La Playa, KM.5, H. Matamoros, Tamps., Mexico, may be served with process by serving the Chairman of the Texas Department of Transportation Commission, John W. Johnson, at 125 E. 11th Street, Austin, Travis County, Texas, 78701, pursuant to V.T.C.A., Civil Practice & Remedies Code § 17.062 and agent for service, Sergio Lopez Ochoa, at 2993 N. Indian, Suite 3, Brownsville, Cameron County, Texas.

III.

### JURISDICTION & VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

This court has jurisdiction over the parties because Defendants are not Texas residents but do business in Texas and committed a tort in Texas and is are amenable to service by a Texas Court.

Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice & Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

IV.

## FACTS

On or about April 23, 1999, Plaintiffs, Adriana Iduarte, Thalia Iduarte, Marbelia Martinez, Mario Martinez, Aaron Martinez, Cindy Leal, Rick Leal, and Ian Filip Leal, Jr. were passengers in a 1994 white Chevrolet Geo, which was being operated by Adriana C. Iduarte. Plaintiff Adriana C. Iduarte was operating the vehicle in Brownsville, Cameron County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety and the safety of others. Plaintiffs were involved in a collision with a 1990 blue tractor truck, which was operated by Defendant, BENITO PEREZ HERNANDEZ. The collision, which was proximately caused by Defendant's negligence, occurred as follows: Plaintiffs were driving west on the 5300 block of East 14th Street when Defendant failed to control his vehicle's speed. Such failure to control the vehicle's speed caused his vehicle to strike Plaintiffs' vehicle with great force on the rear.

V.

## NEGLIGENCE

On the occasion in question, Defendant, BENITO PEREZ HERNANDEZ, operated the vehicle in a negligent manner in that he violated the duty which he owed Plaintiffs to exercise ordinary care in the operation of the vehicle in one or more of the following particulars.

1.    failing to maintain an assured clear distance between Plaintiff's vehicle and Defendant's vehicle;

CutePDF - www.texis.com

2.    In failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

3.    In driving his vehicle at a rate of speed, which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;

4.    In failing to control his vehicle in order to avoid hitting Plaintiffs;

5.    In failing to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

6.    In failing to sound the horn to his vehicle in order to alert Plaintiffs of the dangers; and

7    In violating V.T.C.A., Transportation Code § 545.062, which is negligence per se.

Each and all of the above and foregoing acts, both of omission and commission, singularly or in combination with others, constitutes negligence, and were each and all a proximate cause of the collision made the basis of this suit and of the injuries and damages sustained by Plaintiffs.

At the time of the accident in question, Defendant, BENITO PEREZ HERNANDEZ, was the agent, servant, and employee of Defendant TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA and was acting within the course and scope of his employment for TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA. Therefore, under the doctrine of respondeat superior, Defendant TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA are vicariously liable for Defendant BENITO PEREZ HERNANDEZ' negligence.

On the occasion in question, Defendant, TRANSPORTES LOPEZ-OCHOA and YVANIA LOPEZ AVILA, are responsible for the negligent operation of the tractor truck and the resulting injuries described herein, in that they violated the duty which they owed Plaintiffs to

Case 1:01-cv-00063  Document 9  Filed in TXSD on 05/25/2001  Page 29 of 37

No Transmission Information    ilable  in  on line [0] for 8H01954 Pri    04/25/2001  15:31 * Pg 26/32
APR. 25. 2001  3:30PM    .JRIGUEZ, COLVIN & CHANEY, LLP    NO. 8457  P. 26

exercise ordinary care in the proper operation of the tractor truck in one or more of the following

particulars:

1. In failing to properly train Defendant, Benito Perez Hernandez, in the proper operation of the tractor truck; and

2. In failing to keep proper maintenance of the tractor truck;

Each of such acts and omissions, singularly or in combination with others, constituted

negligence, which proximately caused the accident and the injuries and damages sustained by

Plaintiffs.

## VI.

## DAMAGES FOR PLAINTIFF

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ADRIANA C. IDUARTE, has incurred the following damages:

1. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2. Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3. Physical pain and suffering in the past and future;

4. Mental anguish in the past and future;

5. Physical impairment in the past and future;

By reason of all the above, Plaintiff, ADRIANA C. IDUARTE, has suffered losses and

damages in a sum of $100,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, ADRIANA IDUARTE, has incurred the following damages:

1. Reasonable medical care and expenses in the past. These expenses were incurred

by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, ADRIANA IDUARTE, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, THALIA IDUARTE, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, THALIA IDUARTE, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, MARBELIA MARTINEZ, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, MARBELIA MARTINEZ, has suffered losses and

damages in a sum of $75,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, MARIO MARTINEZ, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.   Physical pain and suffering in the past and future;

4.   Mental anguish in the past and future;

5.   Physical impairment in the past and future;

By reason of all the above, Plaintiff, MARIO MARTINEZ, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, AARON MARTINEZ, has incurred the following damages:

1.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.   Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

Case 1:01-cv-00063 Document 9 Filed in TXSD on 05/25/2001 Page 32 of 37

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, AARON MARTINEZ, has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, CINDY LEAL, has incurred the following damages:

1.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.     Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, CINDY LEAL, has suffered losses and damages in a

sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, RICK LEAL, has incurred the following damages:

1.     Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Cameron County, Texas;

2.     Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future;

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

No Transmission Information.  ilable  in  on line [0] for BH01954 Prir    04/25/2001  15:31  *  Pg 30/32
APR. 25. 2001  3:31PM    RIGUEZ, COLVIN & CHANEY, LP                          NO. 8457    P. 30

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, RICK LEAL, has suffered losses and damages in a

sum of $50,000 for which this lawsuit is brought.

As a direct and proximate result of the occurrence made the basis of this lawsuit,

Plaintiff, IAN FILIP SILVA, JR. has incurred the following damages:

1.     Reasonable medical care and expenses in the past. These expenses were incurred
       by Plaintiff for the necessary care and treatment of the injuries resulting from the
       accident complained of herein and such charges are reasonable and were usual
       and customary charges for such services in Cameron County, Texas;

2.     Reasonable and necessary medical care and expenses, which will in all reasonable
       probability be incurred in the future;

3.     Physical pain and suffering in the past and future;

4.     Mental anguish in the past and future;

5.     Physical impairment in the past and future;

By reason of all the above, Plaintiff, IAN FILIP SILVA, JR. has suffered losses and

damages in a sum of $50,000 for which this lawsuit is brought.

VII.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the

Defendants be cited to appear and answer herein, and that upon a final hearing of the cause,

judgment be entered for Plaintiff against Defendants, jointly and severally, for damages in a sum

of $525,000; together with pre-judgment interest (from the date of injury through the date of

judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate,

costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or

in equity.

Respectfully submitted,

LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 784005
Telephone: 512/882-5605
Telecopier: 512/882-8355

By: _____
     Jerry J. Trevino
     State Bar No. 20211228

ATTORNEY FOR PLAINTIFFS

## PLAINTIFFS HEREBY DEMAND TRIAL BY JURY

# EXHIBIT B

#30051209v1</10024620

CitiPDF – www.fastio.com

Case 1:01-cv-00063   Document 9   Filed in TXSD on 05/25/2001   Page 36 of 37

United States District Court
Southern District of Texas
FILED

APR 2 6 2001

Michael N. Milby
Clerk of Court

CAUSE NO. 2001-03-1423A

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, | § | IN THE DISTRICT COURT |
| INDIVIDUALLY AND AS NEXT | § | |
| OF ADRIANA IDUARTE AND THALIA | § | |
| IDUARTE, MINORS, MARBELIA | § | |
| MARTINEZ, INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF MARIO MARTINEZ | § | |
| AND AARON MARTINEZ, MINORS, | § | |
| MARTHA LEAL AS NEXT FRIEND OF | § | |
| CINDY LEAL, BLANCA E. LEAL AS | § | |
| NEXT FRIEND OF RICK LEAL, | § | |
| A MINOR, AND IAN FILIP SILVA AS | § | |
| NEXT FRIEND OF IAN FILIP SILVA, | § | |
| JR., A MINOR, | § | |
| | § | |
| VS. | § | 107TH JUDICIAL DISTRICT |
| | § | |
| BENITO PEREZ HERNANDEZ, | § | |
| TRANSPORTES LOPEZ-OCHOA, AND | § | |
| YVANIA LOPEZ AVILA | § | CAMERON COUNTY, TEXAS |

## DEFENDANTS' ORIGINAL ANSWER

COME NOW BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, and

YVANIA LOPEZ AVILA, Defendants herein, and answer Plaintiffs' Original Petition and any

amendments thereto as follows:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants enter a general denial

and demand that Plaintiffs prove their allegations by a preponderance of the evidence.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiffs take nothing

from this suit and for all other relief to which Defendants may be entitled.

=30025150v1<

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By:
    Steven D. Jansma
    State Bar No. 00784332
    Terence M. Davis
    State Bar No. 24028278
300 Convent Street, Suite 2200
San Antonio, Texas  78205-3792
Telephone:  210/224-5575
Telecopier:  210/270-7205
Counsel for Defendants,
BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-
OCHOA, and YVANIA LOPEZ AVILA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendants' Original Answer has been sent by Certified Mail, Return Receipt Requested to:

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone:  956/882-5605
Telecopier:  956/882-8355

on this _____ day of April, 2001.

Steven Jansma