IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR | § § § § § § § § § § § § |
| VS. | § § CIVIL ACTION NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA | § § § § |

## PLAINTIFFS' INITIAL DISCLOSURES

TO: Defendants, Benito Perez Hernandez, Transportes Lopez-Ochoa, and Yvania Lopez Avila, by and through their attorney of record, Mr. Terence M. Davis, Law Office of Fulbright & Jaworski, 300 Convent Street, Suite 2200, San Antonio, Texas 78205.

Plaintiffs, ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT FRIEND OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, A MINOR, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR, make these initial disclosures as required by Fed. R. Civ. P. 26(a)(1).

1

## A. Individuals with Discoverable Information

1. The following are individuals who are likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

    Adriana C. Iduarte
    3133 Alameda Drive
    Brownsville, Texas 78521
    956/546-0073
    Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

    Adriana Iduarte, A Minor
    3133 Alameda Drive
    Brownsville, Texas 78521
    956/546-0073
    Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

    Thalia Iduarte, A Minor
    3133 Alameda Drive
    Brownsville, Texas 78521
    956/546-0073
    Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

    Marbelia Martinez
    852 Abrahamson Drive
    Brownsville, Texas 78521
    956/838-5311
    Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

    Mario Martinez, A Minor
    852 Abrahamson Drive
    Brownsville, Texas 78521
    956/838-5311
    Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

    Aaron Martinez, A Minor
    852 Abrahamson Drive
    Brownsville, Texas 78521
    956/838-5311

ClibPDF - www.fastio.com

Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

Martha Leal
852 Abrahamson Drive
Brownsville, Texas 78521
956/838-5311
Plaintiff with knowledge of the injuries and damages sustained by Cindy Leal.

Cindy Leal, A Minor
852 Abrahamson Drive
Brownsville, Texas 78521
956/838-5311
Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

Blanca E. Leal
3133 Alameda Drive
Brownsville, Texas 78521
956/546-0073
Plaintiff with knowledge of the injuries and damages sustained by Rick Leal, A Minor.

Rick Leal, A Minor
3133 Alameda Drive
Brownsville, Texas 78521
956/546-0073
Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

Ian Filip Silva
743 Florence Lane
Brownsville, Texas 78521
956/982-0383
Plaintiff with knowledge of the injuries and damages sustained by Ian Filip Silva, Jr., A Minor.

Ian Filip Silva, Jr., A Minor
743 Florence Lane
Brownsville, Texas 78521
956/982-0383
Plaintiff with knowledge of the accident and resulting injuries and damages sustained.

Benito Perez Hernandez
Calle Mariano Zavala Norte No. 1

3

Col. Sec. 16
Matamoros Tamps., Mexico
Defendant and operator of vehicle involved in accident making the basis of this lawsuit.

Transportes Lopez Ochoa
Camino Real #15
H. Matamoros, Tamps., Mexico
Defendant and employer of Benito Perez Hernandez.

Yvania Lopez Avila
Carr. A La Playa K.M.S.
H. Matamoros, Tamps., Mexico
Defendant and employer of Benito Perez Hernandez and owner of vehicle involved in accident making the basis of this lawsuit.

Dr. Raul Garza, M.D. and custodian of records for Dr. Raul Garza, M.D.
400 W. Hwy 77
San Benito, Texas 78586
956/399-1641
Medical provider for injuries sustained by Plaintiffs.

Dr. Sandra Quintana, D.C. and custodian of records for Dr. Sandra Quintana, D.C.
TEXAS CHIROPRACTIC
2545 Boca Chica Blvd.
Brownsville, Texas 78521
956/504-2400
Medical provider for injuries sustained by Plaintiffs.

Dr. Dee Martinez and custodian of records for Dr. Dee Martinez
904 N. Ewing
Dallas, Texas 75203
214/941-8901
Medical provider for Plaintiff Adriana C. Iduarte's injuries.

Dr. Hung Ba Nguyen and custodian of records for Dr. Hung Ba Nguyen
RIO GRANDE VALLEY IMAGING & DIAGNOSTIC CENTER
501B N. Ed Carey Drive
Harlingen, Texas 78550
956/440-8000
Medical provider for Plaintiff Adriana C. Iduarte's injuries.

Jorge E. Loyez, M.D., P.A. and custodian of records for Jorge E. Loyez, M.D., P.A.
100B Alton Gloor Blvd.
Brownsville, Texas 78526

4

956/350-0048
Medical provider for Plaintiff Adriana Iduarte's injuries.

Salinas Pharmacy and custodian of records for Salinas Pharmacy
1022 South F Street
Harlingen, Texas 78550
956/425-1156
Medical provider for Plaintiffs.

Juan M. Salinas, Badge 3747
BROWNSVILLE POLICE DEPARTMENT
600 East Jackson
Brownsville, Texas 78520
956/548-7000
Investigating officer at scene of accident.

### B. Relevant Documents & Tangible Things

2. The following is a list of documents, data compilations, and tangible things in Plaintiffs' possession, custody, or control, described by category and location, that Plaintiffs believes are relevant to disputed facts alleged with particularity in the pleadings:

    A. Police Report: This is a public record on file with the Brownsville Police Department and a copy is in Plaintiffs' possession.

    B. Medical Records: Plaintiffs are in possession of the medical records for the medical providers listed above.

    C. Property Damage Report: Plaintiffs are in possession of the property damage report.

    D. Photographs: Plaintiffs are in possession of color photographs taken of Plaintiffs' vehicle depicting property damage.

### C. Information Related to Calculation of Damages

3. The following is computation of damages claimed by Plaintiffs:

    a. Past Medical Expenses:

| | |
|---|---|
| Idriana C. Iduarte | $ 14,915.71 |
| Adriana Iduarte | $ 3,135.00 |
| Thalia Iduarte | $ 5,047.58 |
| Marbella Martinez | $ 6,041.55 |
| Cindy Leal | $ 1,982.00 |

5

|  |  |
|---|---|
| Rick Leal | $ 2,255.15 |
| Ian Filip Silva, Jr. | $    250.00 |
| Total Medical Expenses: | $ 39,990.60 |

b.   Court Costs:                              $    500.00

## D. Insurance

4.   All insurance agreements required to be disclosed are in the custody and control of Defendant and available for inspection.

## E. Disclosure of Expert Testimony

5.   The following are person who may be used at trial:

Dr. Raul Garza, M.D.
400 W. Hwy 77
San Benito, Texas 78586
956/399-1641

Sandra Quintana, D.C.
TEXAS CHIROPRACTIC
2545 Boca Chica Blvd.
Brownsville, Texas 78521
956/504-2400

Dee Martinez
904 N. Ewing
Dallas, Texas 75203
214/941-8901

Dr. Hung Ba Nguyen
RIO GRANDE VALLEY IMAGING & DIAGNOSTIC
501B N. Ed Carey Drive
Harlingen, Texas 78550
956/440-8000

Jorge E. Loyez, M.D., P.A.
100B Alton Gloor Blvd.
Brownsville, Texas 78526
956/350-0048
Medical provider for Plaintiff Adriana Iduarte's injuries.

6

Salinas Pharmacy
1022 South F Street
Harlingen, Texas 78550
956/425-1156
Medical provider for Plaintiffs.

Juan M. Salinas, Badge 3747
BROWNSVILLE POLICE DEPARTMENT
600 East Jackson
Brownsville, Texas 78520
956/548-7000
Investigating officer at scene of accident.

Respectfully submitted,

LAW OFFICE OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone: 361/882-5605
Telecopier: 361/882-8355

By: _____
Jerry J. Trevino
State Bar No. 20211228
Federal I.D. No. 15031

**Attorney for Plaintiffs**

7

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures was served in compliance with Federal Rules of Civil Procedure upon counsel of record for Defendants listed below via certified mail, return receipt requested on this 25th day of May, 2001.

Mr. Terence M. Davis
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205

_____
Jerry J. Trevino

8