IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR. § § § § § § § § § § § § § § § § | |
| VS. § § § | C.A. NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA § § § | |

United States District Court
Southern District of Texas
FILED

MAY 29 2001

Michael N. Milby
Clerk of Court

**DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO REMAND**

1. BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA (DEFENDANTS) file this Response to Plaintiffs' Motion to Remand and in support thereof show unto the Court the following:

2. On April 26, 2001, Defendants filed their Notice of Removal based on the diversity of citizenship of the parties.

3. On or about May 15, 2001, Plaintiffs filed a motion to remand this case. Plaintiffs argue that complete diversity does not exist for two reasons: (1) that Defendant Transportes Lopez-Ochoa has *a place of* business in Brownsville, Texas; and (2) that Yvania Lopez Avila is a resident

#30056608v1</10024620

of the State of Texas. Neither of these allegations are valid bases for remanding this case and the second reason is not correct.

4. Plaintiffs' first argument fails because, although Transportes Lopez Ochoa does have a place of business in Brownsville, it is a Mexican corporation with its ***principal place of business in Matamoros, Tamps, Mexico.*** *See* Affidavit of Yvania Lopez Avila, attached hereto as Exhibit A. Accordingly, Transportes Lopez Ocha is not a citizen of the State of Texas for diversity purposes. 28 U.S.C. § 1332(c)(1).

5. Plaintiffs' second argument fails because Yvania Lopez Avila is not a citizen of the State of Texas or the United States of America, nor is she domiciled in the State of Texas. *See* Exhibit A. Ms. Avila is a citizen of Mexico, who resides and is domiciled in Matamoros, Tamps., Mexico. *Id.*

6. Plaintiffs have not challenged Defendants' allegations regarding the citizenship of Defendant, Benito Perez Hernandez. Out of an abundance of caution, Defendants state that Benito Perez Hernandez is a citizen of Mexico, and resides and is domiciled in Matamoros, Tamps, Mexico. He is not a citizen of the State of Texas or the United States of America.

7. On May 25, 2001, Defendants filed an Unopposed Motion for Leave to File an Amended Notice of Removal pursuant to 28 U.S.C. § 1653 to clarify the Defendants' allegations of diversity jurisdiction.

8. Accordingly, this case should remain with this Court because there is complete diversity of citizenship.

The Defendants pray that the Court grant this motion and all other just relief.

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

_____
Steven Jansma
State Bar No. 00784322
Federal I.D. 16114
Terence Davis
State Bar No. 24028278
Federal I.D. 28072
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: 210/224-5575
Telecopier: 210/270-7205

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on May 25th, 2001.

Mr. Jerry J. Trevino
LAW OFFICES OF JERRY J. TREVINO
1125 South Port Avenue
Corpus Christi, Texas 78405

_____
Terence Davis

#30056608v1</10024620



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR. | § § § § § § § § § § § § |
| VS. | §  C.A. NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA | § § § § |

### AFFIDAVIT OF IVANIA LOPEZ AVILA

1. On this day, personally appeared before me, Ivania Lopez Avila, who being duly sworn and placed under oath by me, testified as follows:

2. My name is Ivania Lopez Avila. I am an individual party to this litigation and a duly authorized corporate representative of Transportes Lopez-Ochoa, a Mexican Corporation. I am over the age of 21 years, have never been convicted of a felony, and am competent to make this affidavit, and have personal knowledge of the facts contained herein, which are true and correct.



EXHIBIT A

3. From April 23, 1999 through the present (including the date of the commencement of this action), I have been a Mexican citizen and a non-resident of Texas. I am not now, nor have I ever been, a citizen of the State of Texas or the United States of America. I reside and am domiciled in Matamaros, Tamps., Mexico and intend to remain indefinitely.

4. I am also a duly-authorized corporate representative of TRANSPORTES LOPEZ-OCHOA, a Mexican corporation. From April 23, 1999 through the present (including the date of the commencement of this action), TRANSPORTES LOPEZ-OCHOA has been a Mexican "foreign" corporation and non-resident of Texas, whose principal place of business is in Matamaros, Tamps., Mexico.

Further, affiant sayeth not.

_____
Ivania Lopez Avila

SUBSCRIBED AND SWORN TO before me on __24th__ __May__, 2001.

_State of Texas - Cameron County._
Notary Public in and for

_____
Printed Name of Notary

My Commission Expires: 04-29-05

[Notary Seal: ESTHELA D. GUERRA, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 04-29-2005]