12

United States District Court
Southern District of Texas
FILED

MAY 3 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-063          DATE & TIME:      05-30-01 AT 1:30 P.M.

ADRIANA C. IDUARTE, ET AL.         PLAINTIFF(S)      JERRY TREVINO
                                   COUNSEL

VS.

BENITO PEREZ HERNANDEZ,            DEFENDANT(S)      STEVEN JANSMA
                                   COUNSEL

---

A telephonic initial pretrial conference was held in chambers. Attorneys Jerry Trevino and Terry Davis in lieu of Steven Jansma appeared.

Parties will submit briefs on remand issue.

ClibPDF - www.fastio.com