*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ADRIANA C. IDUARTE, § | |
| INDIVIDUALLY AND AS NEXT § | |
| OF ADRIANA IDUARTE AND THALIA § | |
| IDUARTE, MINORS, MARBELIA § | |
| MARTINEZ, INDIVIDUALLY AND AS § | |
| NEXT FRIEND OF MARIO MARTINEZ § | |
| AND AARON MARTINEZ, MINORS, § | |
| MARTHA LEAL AS NEXT FRIEND OF § | |
| CINDY LEAL, BLANCA E. LEAL AS § | |
| NEXT FRIEND OF RICK LEAL, § | |
| A MINOR, AND IAN FILIP SILVA AS § | |
| NEXT FRIEND OF IAN FILIP SILVA, § | |
| JR., A MINOR. § | |
| § | |
| VS. § | C.A. NO. B-01-063 |
| § | |
| BENITO PEREZ HERNANDEZ, § | |
| TRANSPORTES LOPEZ-OCHOA, AND § | |
| YVANIA LOPEZ AVILA § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
LEAVE TO FILE ITS AMENDED NOTICE OF REMOVAL**

The Court considered the motion of BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND IVANIA LOPEZ AVILA'S (DEFENDANTS) for leave to file its *(DOCKET NO. 8)* Amended Notice of Removal and decided to grant the motion.

It is, therefore, ORDERED that the Defendants are granted leave to file its Amended Notice of Removal. The Clerk is ORDERED to accept for filing the Amended Notice of Removal filed as an exhibit to Defendants' Unopposed Motion for Leave to File Its Amended Notice of Removal.

#30051209v1</10024620

-6-

SIGNED _____15 JUNE_____, 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
                 MAGISTRATE

#30051209v1</10024620                -6-