14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 15 2001

Michael N. M. by Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ADRIANA C. IDUARTE, § | |
| INDIVIDUALLY AND AS NEXT § | |
| OF ADRIANA IDUARTE AND THALIA § | |
| IDUARTE, MINORS, MARBELIA § | |
| MARTINEZ, INDIVIDUALLY AND AS § | |
| NEXT FRIEND OF MARIO MARTINEZ § | |
| AND AARON MARTINEZ, MINORS, § | |
| MARTHA LEAL AS NEXT FRIEND OF § | |
| CINDY LEAL, BLANCA E. LEAL AS § | |
| NEXT FRIEND OF RICK LEAL, § | |
| A MINOR, AND IAN FILIP SILVA AS § | |
| NEXT FRIEND OF IAN FILIP SILVA, § | |
| JR., A MINOR. § | |
| § | |
| VS. § | C.A. NO. B-01-063 |
| § | |
| BENITO PEREZ HERNANDEZ, § | |
| TRANSPORTES LOPEZ-OCHOA, AND § | |
| YVANIA LOPEZ AVILA § | |

## ORDER DENYING PLAINTIFFS' MOTION TO REMAND

The Court considered Plaintiffs' Motion to Remand and the Defendants' Response to AND PLAINTIFF'S ATTORNEY'S LETTER OF JUNE 5, 2001 Plaintiffs' Motion to Remand and decided to deny the Plaintiffs' Motion to Remand AS MOOT

It is, therefore, ORDERED that the Plaintiffs' Motion to Remand is DENIED AS MOOT.

SIGNED  15 JUNE , 2001.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE