*15*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 29 2001

## ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL     ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**TELEPHONIC SCHEDULING CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

TELEPHONE NO.:

**(956) 548-2570**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**AUGUST 16, 2001 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 28, 2001

TO:   MR. JERRY J. TREVINO
        MR. STEVEN JANSMA