IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ADRIANA C. IDUARTE,
INDIVIDUALLY AND AS NEXT
OF ADRIANA IDUARTE AND THALIA
IDUARTE, MINORS, MARBELIA
MARTINEZ, INDIVIDUALLY AND AS
NEXT FRIEND OF MARIO MARTINEZ
AND AARON MARTINEZ, MINORS,
MARTHA LEAL AS NEXT FRIEND OF
CINDY LEAL, BLANCA E. LEAL AS
NEXT FRIEND OF RICK LEAL,
A MINOR, AND IAN FILIP SILVA AS
NEXT FRIEND OF IAN FILIP SILVA,
JR., A MINOR.

VS.

BENITO PEREZ HERNANDEZ,
TRANSPORTES LOPEZ-OCHOA, AND
YVANIA LOPEZ AVILA

C.A. NO. 01-CV-063

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____Terence Davis_____          _____Jerry J. Trevino_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ADRIANA C. IDUARTE,
INDIVIDUALLY AND AS NEXT
OF ADRIANA IDUARTE AND THALIA
IDUARTE, MINORS, MARBELIA
MARTINEZ, INDIVIDUALLY AND AS
NEXT FRIEND OF MARIO MARTINEZ
AND AARON MARTINEZ, MINORS,
MARTHA LEAL AS NEXT FRIEND OF
CINDY LEAL, BLANCA E. LEAL AS
NEXT FRIEND OF RICK LEAL,
A MINOR, AND IAN FILIP SILVA AS
NEXT FRIEND OF IAN FILIP SILVA,
JR., A MINOR.

VS.

C.A. NO. 01-CV-063

BENITO PEREZ HERNANDEZ,
TRANSPORTES LOPEZ-OCHOA, AND
YVANIA LOPEZ AVILA

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge __John Wm. Black__ to conduct all further proceedings, including final judgment.

Date: __July 16, 2001__

_____
United States District Judge