/7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| ADRIANA C. IDUARTE, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-063 |
| § | |
| BENITO PEREZ HERNANDEZ, ET AL. § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**TELEPHONIC SCHEDULING CONFERENCE**

PLACE:                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

TELEPHONE NO.:
**(956) 548-2570**

DATE AND TIME PREVIOUSLY SCHEDULED:        CONTINUED TO DATE AND TIME:

**AUGUST 16, 2001 AT 2:30 P.M.**                    **AUGUST 20, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 15, 2001

TO:    MR. JERRY J. TREVINO
       MR. STEVEN JANSMA