*18*

THE HONORABLE JOHN WM. BLACK

TELEPHONIC SCHEDULING CONFERENCE

United States District Court
Southern District of Texas
FILED

AUG 2 0 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-063          DATE & TIME: 08-20-01 AT 2:30 P.M.

ADRIANA C. IDUARTE, ET AL.          PLAINTIFF(S)  JERRY TREVINO
                                    COUNSEL

VS.

BENITO PEREZ HERNANDEZ,             DEFENDANT(S)  STEVEN JANSMA
                                    COUNSEL

---

Attorneys Jerry Trevino and Terrance Davis appeared telephonically.

Parties will prepare and file a scheduling order with agreed dates.

ClibPDF - www.fastio.com