

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**United States District Court**
**Southern District of Texas**
**FILED**

**ADR MEMORANDUM TO CLERK OF COURT**

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

OCT 1 1 2001

**Michael N. Milby**
**Clerk of Court**

19

ADRIANA C. IDUARTE, et al
_____
                                    Plaintiff(s)

V.

BENITO PEREZ HERNANDEZ, et al
_____
                                    Defendant(s)

DIVISION   BROWNSVILLE
CIVIL ACTION NO.   B-01-CV-063

ADR METHOD:     Mediation ____X____     Arbitration _____
                Mini-trial _____     Summary Jury Trial _____

TYPE OF CASE:    Personal Injury

1.   Please check one of the following:
     The case referred to ADR settled   X  or did not settle ____.

2.   My total fee and expenses were: $ 1,700.00.
     (If you had no fees and expenses, please indicate if the case settled before
     ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant
     to order of the Court or agreement of the parties.)
     _____
     _____

3.   Please list names, addresses and telephone numbers of all parties and all counsel of record:

     Adriana C. Idrarte, et al, Plaintiffs
     Mr. Jerry J. Trevino, Attorney
     LAW OFFICES OF JERRY J. TREVINO
     1125 Port Avenue
     Corpus Christi, Texas 78405
     (361) 882-5605 - telephone
     (361) 882-8355 - telefax

     Benito Perez Hernandez, et al, Defendants
     Mr. Steven D. Jansma, Attorney
     FULBRIGHT & JAWORSKI, L.L.P.
     300 Convent Street, Ste. 2200
     San Antonio, Texas 78205
     (210) 224-5575 - telephone
     (210) 270-7205 - telefax

                                    ADR PROVIDER

Date: 10/08/01              Name: _____ Alfred T. Denham _____

                            Signature: _____

SDTX-ADR-5/(Rev 6-15-93)