2-i

United States District Court
Southern District of Texas
FILED

OCT 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL. | § | |

## ORDER APPOINTING GUARDIAN AD LITEM

The Court, having been advised that all matters in controversy between the parties have been settled and further being advised Adriana Iduarte, Thalia Iduarte, Mario Martinez, Aaron Martinez, Cindy Leal, Rick Leal and Ian Filip Silva, Jr., are minors, is of the opinion that there is a necessity to appoint a guardian ad litem to represent their interests.

IT IS ACCORDINGLY ORDERED that The Hon. Albert Garcia, a member of the bar of this Court be appointed guardian ad litem to represent the interests of Adriana Iduarte, Thalia Iduarte, Mario Martinez, Aaron Martinez, Cindy Leal, Rick Leal and Ian Filip Silva, Jr., Minors.

DONE in Brownsville, Texas, this 18th day of October, 2001.

John Wm. Black
United States Magistrate Judge