21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**ENTERED**

**DEC 1 4 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING.

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JANUARY 8, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 14, 2001

TO:    MR. JERRY J. TREVINO
       MR. ALBERT GARCIA
       MR. STEVEN JANSMA