# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-063 |
| | § | |
| BENITO PEREZ HERNANDEZ, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING.

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULED:

**JANUARY 8, 2002 AT 1:30 P.M.**

CONTINUED TO DATE AND TIME.

**FEBRUARY 11, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 8, 2002

TO:   MR. JERRY J TREVINO
      MR. STEVEN JANSMA
      MR ALBERT GARCIA