# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 22 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| ADRIANA C. IDUARTE, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-063 |
| BENITO PEREZ HERNANDEZ, ET AL. | § | |

TYPE OF CASE.   __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**FRIENDLY SUIT HEARING**

PLACE

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME.

**JANUARY 25, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 18, 2002

TO:   MR. JERRY J TREVINO
      MR. ALBERT GARCIA
      MR. STEVEN JANSMA