24

THE HONORABLE JOHN WM. BLACK

FRIENDLY SUIT HEARING

JAN 2 5 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-063        DATE & TIME: 01-25-02 AT 9:00 A.M.

ADRIANA C. IDUARTE, ET AL.        PLAINTIFF(S)    JERRY J. TREVINO
                                  COUNSEL

VS.

BENITO PEREZ HERNANDEZ, ET AL.    DEFENDANT(S)    STEVEN JANSMA
                                  COUNSEL

                                  ATTORNEY        ALBERT GARCIA
                                  AD LITEM

-------------------------------------------------------------------------

ERO: Gabriel Mendieta
CSO: Daniel Figueroa
Interpreter: David Hoover

    Attorneys Jerry Trevino, Terry Davis for Steven Jansma and Albert Garcia appeared.

    Witnesses were sworn in. The witnesses were the mothers and father of minors.

    Attorneys explained terms of settlement. All acknowledged that they understood and agreed with the settlement.