25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 2 5 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ADRIANA C. IDUARTE, | § |
| INDIVIDUALLY AND AS NEXT | § |
| OF ADRIANA IDUARTE AND THALIA | § |
| IDUARTE, MINORS, MARBELIA | § |
| MARTINEZ, INDIVIDUALLY AND AS | § |
| NEXT FRIEND OF MARIO MARTINEZ | § |
| AND AARON MARTINEZ, MINORS, | § |
| MARTHA LEAL AS NEXT FRIEND OF | § |
| CINDY LEAL, BLANCA E. LEAL AS | § |
| NEXT FRIEND OF RICK LEAL, | § |
| A MINOR, AND IAN FILIP SILVA AS | § |
| NEXT FRIEND OF IAN FILIP SILVA, | § |
| JR., A MINOR. | § |
| | § |
| VS. | § |
| | § |
| BENITO PEREZ HERNANDEZ, | § |
| TRANSPORTES LOPEZ-OCHOA, AND | § |
| YVANIA LOPEZ AVILA | § |

C.A. NO. B-01-063

## **FINAL JUDGMENT**

This case came before the Court for a final adjudication, the full names of the parties being

as follows: Plaintiffs, ADRIANA C. IDUARTE, Individually and as Next Friend of Adriana Iduarte

and Thalia Iduarte, Minors; MARBELIA MARTINEZ, Individually and as Next Friend of Aaron

Martinez and Mario Martinez, Minors; MARTHA LEAL, as Next Friend of Cindy Leal, a Minor;

BLANCA E. LEAL, as Next Friend of Rick Leal, a Minor; and IAN FILIP SILVA, as Next Friend

of Ian Filip Silva, Jr., a Minor; and Defendants, BENITO PEREZ HERNANDEZ, TRANSPORTES

LOPEZ-OCHOA, and YVANIA LOPEZ AVILA ("Defendants").   Adriana C. Iduarte, Marbelia

Martinez, Martha Leal, Blanca E. Leal and Ian Filip Silva are referred to herein as the "Adult

Plaintiffs." Minors Adriana Iduarte, Thalia Iduarte, Aaron Martinez, Mario Martinez, Cindy Leal, Rick Leal and Ian Filip Silva, Jr. are referred to herein as "Minor Plaintiffs."

All parties, and Alberto Garcia, the Guardian ad Litem for the Minors, appeared, announced ready for trial, waived a trial by jury, and announced to the Court a settlement, subject to the Court's approval, that would fully and finally resolve all claims, demands, and causes of action that have been or could have been brought in this case by the Adult Plaintiffs and/or the Minor Plaintiffs against the Defendants, including all claims for injuries and damages received by the Adult Plaintiffs and/or the Minor Plaintiffs because of the incident made the basis of this suit. The parties announced that the settlement was made on a doubtful and disputed claim, the Defendants having denied any liability to the Adult Plaintiffs and/or the Minor Plaintiffs. The parties requested from the Court a judgment that the Adult Plaintiffs take nothing from the Defendants. The Court also heard evidence concerning the reasonableness of the settlement with the Minor Plaintiffs, including the facts of the incident, any fault of the parties, the injuries and damages received by the Adult Plaintiffs and the Minor Plaintiffs, and all other evidence deemed by the Court necessary to make a determination of the fairness of the settlement. The Court then decided that the liability of the Defendants is uncertain, that the settlement is fair and in the best interest of the Minor Plaintiffs, that the settlement encompasses all claims, demands, and causes of action of the Adult Plaintiffs and the Minor Plaintiffs against the Defendants, including all existing or future, actual or potential, or as yet unrecognized claims, demands, and causes of action arising from the incident giving rise to this suit, and that the settlement should be approved. The Court now approves the settlement.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the Adult Plaintiffs take nothing from the Defendants and that all costs be paid by the party incurring same.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff, ADRIANA C. IDUARTE, AS NEXT FRIEND OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, recover FOURTEEN THOUSAND SIX HUNDRED -NINETY DOLLARS AND 22/100 DOLLARS ($14,690.22), which is apportioned as follows:

1.  To Adriana C. Iduarte, as Next Friend of Adriana Iduarte and Thalia Iduarte, minors, in the amount of $9,654.48, out of which all costs, expenses, and attorney's fees are to be paid.

2.  To Thalia Iduarte, suing by and through her Next Friend, Adriana C. Iduarte, for $3,251.21, free and clear of all costs, expenses, and fees; and

3.  To Adriana Iduarte, suing by and through her Next Friend, Adriana C. Iduarte, for $1,784.53, free and clear of all costs, expenses, and fees.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff, MARBELIA MARTINEZ, AS NEXT FRIEND OF AARON MARTINEZ and MARIO MARTINEZ, MINORS, recover NINE THOUSAND SIX HUNDRED TWENTY-SEVEN AND 52/100 DOLLARS ($9,627.52), which is apportioned as follows:

1.  To Marbelia Martinez as Next Friend of Aaron Martinez and Mario Martinez, minors, in the amount of $6,177.11, out of which all costs, expenses, and attorney's fees are to be paid; and

2.  To Aaron Martinez, suing by and through his Next Friend, Marbelia Martinez, for $1,759.46, free and clear of all costs, expenses, and fees;

3.  To Mario Martinez, suing by and through his Next Friend, Marbelia Martinez, for $1,690.95, free and clear of all costs, expenses, and fees.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff, MARTHA LEAL, AS NEXT FRIEND OF CINDY LEAL, MINOR recover THREE THOUSAND FIVE HUNDRED FIFTY-EIGHT AND 29/100 DOLLARS ($3,558.29), which is apportioned as follows:

1.  To Martha Leal as Next Friend of Cindy Leal, a minor, in the amount of $2,414.15, out of which all costs, expenses, and attorney's fees are to be paid; and

2.  To Cindy Leal, suing by and through her Next Friend, Martha Leal, for $1,144.14, free and clear of all costs, expenses, and fees.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff, BLANCA LEAL, AS NEXT FRIEND OF RICK LEAL, MINOR recover FOUR THOUSAND FORTY-EIGHT AND 68/100 DOLLARS ($4,048.68), which is apportioned as follows:

1.  To Blanca Leal as Next Friend of Rick Leal, a minor, in the amount of $2,897.90, out of which all costs, expenses, and attorney's fees are to be paid; and

2.  To Rick Leal, suing by and through his Next Friend, Blanca Leal, for $1,150.78, free and clear of all costs, expenses, and fees.

It is ORDERED, ADJUDGED, and DECREED that Plaintiff, IAN FILIP SILVA, AS NEXT FRIEND OF IAN FILIP SILVA, JR., MINOR recover FOUR HUNDRED FORTY-EIGHT AND 83/100 DOLLARS ($448.83), which is apportioned as follows:

1.  To Ian Filip Silva as Next Friend of Ian Filip Silva, Jr., a minor, in the amount of $250.00, out of which all costs, expenses, and attorney's fees are to be paid; and

2.  To Ian Filip Silva, Jr., suing by and through his Next Friend, Ian Filip Silva, for $198.83, free and clear of all costs, expenses, and fees.

It is ORDERED that the sums awarded to the minors shall be paid into the registry of this Court, to be held by the Clerk of this Court and any successors in office for the use and benefit of the respective minors until the minors reach majority, or until further order of the Court, at which time the Clerk will pay the sum, together with all accrued interest, to the appropriate person. When

the sums awarded to the minors have been paid into the registry of this Court, this judgment shall be fully satisfied and discharged as far as the minors are concerned, and no execution shall issue in favor of the minors. For the purpose of depositing the sums awarded the minors in the registry of the Court, the minors' Social Security Numbers and dates of birth are:

Adriana Iduarte:   SSN: 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 . DOB: 10/19/90 .

Thalia Iduarte:   SSN: 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 . DOB: 9/2/88 .

Aaron Martinez:   SSN: 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 . DOB: 7/5/93 .

Mario Martinez:   SSN: 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 . DOB: 2/24/90 .

Rick Leal:   SSN: 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 . DOB: 6/10/92 .

Cindy Leal:   SSN: 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 . DOB: 4/8/89 .

Ian Filip Silva, Jr.:   SSN: 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 . DOB: 10/27/97 .

It is also ORDERED that the Guardian ad Litem, Alberto Garcia, shall receive from Defendants, legal fees in the amount of TWO THOUSAND FIVE HUNDRED AND NO/100 ($2,500.00).

Because the sums awarded to the Minor Plaintiffs have been paid to the Next Friends and into the registry of the Court, it is ORDERED, ADJUDGED and DECREED that this judgment is fully satisfied and discharged, except as to the costs of court, which are taxed against the parties incurring same.

It is ORDERED, ADJUDGED, and DECREED that Defendants, BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, and YVANIA LOPEZ AVILA, are fully relieved and discharged from all liability for the accident made the basis of this suit.

It is ORDERED, ADJUDGED, and DECREED that the parties are denied all relief not expressly granted by this judgment, whether the relief was requested or whether it could have been requested in this case.

SIGNED 2 5 JANUARY , 2002.

_____
HONORABLE JOHN W. BLACK

APPROVED AND AGREED TO:

LAW OFFICES OF JERRY J. TREVINO

By _____
        Jerry J. Trevino
        State Bar No. 20211228
        1125 South Port Avenue
        Corpus Christi, Texas 78405
        Telephone:  361-882-5605
        Facsimile:   361-882-8355
        COUNSEL FOR PLAINTIFFS

FULBRIGHT & JAWORSKI L.L.P.

By_____

Steven D. Jansma
State Bar No. 00784332
Fed. Id. No. 16114
Terence Davis
State Bar No. 24028278
Fed. Id. No. 28072
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792
Telephone: 210/224-5575
Telecopier: 210/270-7205
COUNSEL FOR DEFENDANTS, BENITO PEREZ HERNANDEZ,
YVANIA LOPEZ AVILA, AND TRANSPORTES LOPEZ-OCHOA

_____

Alberto Garcia
Attorney at Law
State Bar No. 07628710
801 N. 13th Street
Harlingen, Texas 78550
Telephone: 956-425-4171
Facsimile: 956-428-5256
GUARDIAN AD LITEM

_____

ADRIANA C. IDUARTE, Individually and As Next
Friend of ADRIANA IDUARTE and THALIA
IDUARTE, Minors

_____

MARBELIA MARTINEZ, Individually and As
Next Friend of AARON MARTINEZ and
MARIO MARTINEZ, Minors

_____
MARTHA LEAL, Individually and As Next
Friend of CINDY LEAL

_____
BLANCA E. LEAL, Individually and As Next
Friend of RICK LEAL, a Minor

_____
IAN FILIP SILVA, as Next Friend of
IAN FILIP SILVA, JR., a Minor

Case 1:01-cv-00063   Document 25   Filed in TXSD on 01/25/2002   Page 9 of 9

It is ORDERED, ADJUDGED, and DECREED that the parties are denied all relief not expressly granted by this judgment, whether the relief was requested or whether it could have been requested in this case.

SIGNED 25  January , 2002.

HONORABLE JOHN W. BLACK

APPROVED AND AGREED TO:

LAW OFFICES OF JERRY V. TREVINO

By

Jerry V. Trevino
State Bar No. 20211228
1125 South Port Avenue
Corpus Christi, Texas 78405
Telephone:  361-882-5605
Facsimile:   361-882-8355
COUNSEL FOR PLAINTIFFS

