THALIA IDUARTE
1767 MONCLOVA DR
BROWNSVILLE TX 78521
CASE # B-01-063

12-05-06

United States District Court
Southern District of Texas
FILED

DEC 05 2006

Michael N. Milby
Clerk of Court

TO WHO IT MAY CONCERN:

    THIS CARD IS Ferrerd TO A ConCERN ABOUT SOME MONEY THAT I AM KNOW OID ENOUGH TO DISPOSE OF. IN THE AMOUNT OF $ 3,251.21 including All ACCURED INTREST. IF YOU CAN PlEASE SEND THE CHECK TO THE ADDRESS ABOVE. THANK YOU

Sincerly,

*[signature]*

THALIA IDUARTE