B01CV63

7-13-07

Cindy Leal

[address redacted]

United States District Court
Southern District of Texas
FILED

JUL 1 3 2007

Michael N. Milby
Clerk of Court

To whom it may concern:
    I am requesting that the settlement money including any and all accrued interest awarded to me be disbursed to me at this time. Attached is a copy of my birth certificate, social security card, and identification.

*Cindy Leal* (signature)