# City of Brownsville, Texas
## The Office of the City Secretary

**STATE OF TEXAS**     **CERTIFICATE OF BIRTH**     BIRTH NO. 142-89-126202

| | | | | | |
|---|---|---|---|---|---|
| **CHILD** | 1 NAME (Type or print) (a)First: CINDY (b)Middle: NMI (c)Last: LEAL | | 2 DATE OF BIRTH: [redacted] 1989 | 3 SEX: FEMALE | |
| | 4a PLACE OF BIRTH—COUNTY: CAMERON | 4b CITY OR TOWN: BROWNSVILLE | | | |
| | 4c NAME OF HOSPITAL: | 4d INSIDE CITY LIMITS? ☒ YES ☐ NO | 5a THIS BIRTH SINGLE, TWIN, TRIPLET, ETC: SINGLE | 5b IF NOT SINGLE BIRTH—BORN 1st, 2nd, 3rd, etc: | |
| **FATHER** | 6 NAME (a)First: MIGUEL (b)Middle: A. (c)Last: LEAL | | 7 DATE OF BIRTH: [redacted] | 8 BIRTHPLACE: MEXICO | |
| | 9 RACE: WHITE | 10a IS FATHER OF HISPANIC ORIGIN? ☒ YES ☐ NO | 10b IF YES, SPECIFY: MEXICAN | | |
| **MOTHER** | 11 MAIDEN NAME (a)First: MARTHA (b)Middle: NMI (c)Last: VEGA | | 12 DATE OF BIRTH: [redacted]/63 | 13 BIRTHPLACE: MEXICO | |
| | 14 RACE: WHITE | 15a IS MOTHER OF HISPANIC ORIGIN? ☒ YES ☐ NO | 15b IF YES, SPECIFY: MEXICAN | | |
| | 16a RESIDENCE—STATE: TEXAS | 16b COUNTY: CAMERON | 16c CITY OR TOWN: BROWNSVILLE | 16d STREET ADDRESS: [redacted] #106 | |
| | 16e INSIDE CITY LIMITS? ☒ YES ☐ NO | 17 MOTHER'S MAILING ADDRESS: 78521 | | 18 NAME OF INFORMANT: MIGUEL A. LEAL | |
| | 19a I hereby certify that this child was born alive on the date stated above at 04:10P M | 19b NAME: MIGUEL A. LEAL | | | |
| | | 19c ADDRESS: | | | |
| | 20a REGISTRAR'S FILE NO: 89-1251 | 20b FILE DATE: August 14, 1989 | 20c SIGNATURE OF STATE REGISTRAR: Richard B Bays | | |

WARNING: The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $5,000 (Vernon's Texas Health and Safety Code, Chapter 678, Section 195, V.T.C.A., 1989)

S162564

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code

ISSUED

Estela Von Hatten
City Secretary/Local Registrar



