IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIANA C. IDUARTE, ET AL | § |
|     Plaintiff(s), | § |
| | § |
| VS. | §    B-01-063 |
| BENITO PEREZ HERNANDEZ, | § |
| TRANSPORTES LOPEZ-OCHOA, and | § |
| YVANIA LOPEZ AVILA | § |
|     Defendant(s). | § |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Ms. Cindy Leal to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Cindy Leal was a minor child. The said minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Cindy Leal, social security number ending in 1504, the principal $1,144.14, plus accrued interest, held in the Court's Registry for her account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the address indicated in the motion.

DONE at Brownsville, Texas this the _____ day of _____, 2007.



                                            _____
                                            **UNITED STATES DISTRICT JUDGE**