UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA C IDUARTE, *et al*, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. B-01-63 |
| | § § | |
| BENITO PEREZ HERNANDEZ, *et al*, | § § § | |
| Defendant. | § | |

**ORDER FOR DISBURSEMENT OF MINOR'S FUNDS**

Before the Court is an application by Cindy Leal to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Cindy Leal was a minor child. The said minor has now provided satisfactory evidence that she has reached the age of majority and is entitled to the funds.

IT IS THEREFORE ORDERED that the Clerk of the Court disburse and deliver to Cindy Leal, social security number ending in 1504, the principal of $1,144.14, plus accrued interest, held in the Court's Registry for her account, pursuant to the final judgment entered in this case.

SIGNED this 18th day of July, 2007.

John Wm. Black
United States Magistrate Judge