My name is Mario A Martinez I was a minor in case B0163 I want to request the funds under my acount my adress is ████████████████████ Brownsville, TX you can contact me at ████████████████████.

*[signature]*

United States District Court
Southern District of Texas
FILED

FEB 26 2008

Michael N. Milby, Clerk of Court