

**TEXAS DEPARTMENT OF PUBLIC SAFETY**
TEMPORARY / PERMIT VALID UNTIL 04-26-2008 - UNDER 21

C05730-0137
ISSUED 02-26-2008

NO. 23360615
CLASS. C
EXP

MARTINEZ,MARIO ALBERTO JR
852 ABRAHAMSON
BROWNSVILLE, TX 78526

**RESTRICTION:**
NONE

**ENDORSEMENTS:**
NONE

DOB
EYES BRN  HT 5-07
PRVCY C VOTER
SELECTIVE SERVICE

DL EMPLOYEE

CONTACT YOUR LOCAL DRIVER LICENSE
OFFICE IF ASSISTANCE IS NEEDED

SIGNATURE OF LICENSEE



**TEXAS**

**DEPARTMENT OF PUBLIC SAFETY**
**PROVISIONAL DRIVER LICENSE**

MARTINEZ,MARIO ALBERTO JR
852 ABRAHAMSON
BROWNSVILLE TX 78526

CLASS: C     DL# 23360615
DOB:          EXPIRES:
REST:
END:

HT: 5-07
EYES: BRN
SEX

06181173313

