IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 5 2002

Michael N. Milby
By Deputy Clerk

| | |
|---|---|
| ADRIANA C. IDUARTE, INDIVIDUALLY AND AS NEXT OF ADRIANA IDUARTE AND THALIA IDUARTE, MINORS, MARBELIA MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND OF MARIO MARTINEZ AND AARON MARTINEZ, MINORS, MARTHA LEAL AS NEXT FRIEND OF CINDY LEAL, BLANCA E. LEAL AS NEXT FRIEND OF RICK LEAL, A MINOR, AND IAN FILIP SILVA AS NEXT FRIEND OF IAN FILIP SILVA, JR., A MINOR. § § § § § § § § § § § § § | |
| VS. § | C.A. NO. B-01-063 |
| § | |
| BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, AND YVANIA LOPEZ AVILA § § § | |

**FINAL JUDGMENT**

This case came before the Court for a final adjudication, the full names of the parties being as follows: Plaintiffs, ADRIANA C. IDUARTE, Individually and as Next Friend of Adriana Iduarte and Thalia Iduarte, Minors; MARBELIA MARTINEZ, Individually and as Next Friend of Aaron Martinez and Mario Martinez, Minors; MARTHA LEAL, as Next Friend of Cindy Leal, a Minor; BLANCA E. LEAL, as Next Friend of Rick Leal, a Minor; and IAN FILIP SILVA, as Next Friend of Ian Filip Silva, Jr., a Minor; and Defendants, BENITO PEREZ HERNANDEZ, TRANSPORTES LOPEZ-OCHOA, and YVANIA LOPEZ AVILA ("Defendants"). Adriana C. Iduarte, Marbelia Martinez, Martha Leal, Blanca E. Leal and Ian Filip Silva are referred to herein as the "Adult

#30087925v1/10103436