IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| ADRIANA C IDUARTE, et al<br>    Plaintiff(s), | §<br>§<br>§ |
| VS.<br>BENITO PEREZ HERNANDEZ, et al<br>    Defendant(s). | §   CIVIL ACTION B-01-63<br>§<br>§ |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Mario A Martinez to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Mario A Martinez was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Mario A Martinez, social security number ending in 6679, the principal $1,690.95, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case.

**DONE** at Brownsville, Texas this the _____ day of _____, 2008.



_____
**UNITED STATES DISTRICT JUDGE**