**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**MAR 0 3 2008**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ADRIANA C IDUARTE, et al | § |
| Plaintiff(s), | § |
| | § |
| VS. | § CIVIL ACTION B-01-63 |
| BENITO PEREZ HERNANDEZ, et al | § |
| Defendant(s). | § |

### ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is an application by Mario A Martinez to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Mario A Martinez was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Mario A Martinez, social security number ending in 6679, the principal $1,690.95, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case.

**DONE** at Brownsville, Texas this the 3'd day of March, 2008.

_____

**UNITED STATES DISTRICT JUDGE**